MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcjones@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone: (707) 257-9516
Facsimile: (707) 257-9274

GREGORY M. FOX, ESQ. (SBN 70876)
BERTRAND, FOX & ELLIOT
THE WATERFRONT BUILDING
2749 HYDE STREET
SAN FRANCISCO, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendants CITY OF NAPA, RICHARD MELTON, CITY OF NAPA OFFICERS GARTH BENDER, RYAN COLE, and RYAN HIBBS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ, | Case No. CV 09 2782 EDL |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE, RULE 26(f) REPORT AND INITIAL DISCLOSURES |
| vs. | |
| CITY OF NAPA; a municipal corporation; RICHARD MELTON, in his capacity as chief of Police for the CITY OF NAPA, OFFICER GARTH BENDER, individually and in his capacity as a police officer for the CITY OF NAPA; OFFICER RYAN COLE, individually and in his capacity as a police officer for the CITY OF NAPA, OFFICER RYAN HIBBS, individually and in his capacity as a police officer for the CITY OF NAPA; DONALD GREEN, individually and acting as a co-conspirator in conjunction with Defendant Police Officer for the CITY OF NAPA; JOHN HALLMAN, individually and in his capacity as a Deputy Sheriff for the COUNTY OF NAPA and DOES 1-30 | |
| Defendants. | |

//

1

All parties, by their counsel, request through this stipulation that the Court vacate the current dates for Case Management Conference, Rule 26(f) Report, and Initial Disclosures, and assign new dates, on the following grounds:

**RECITALS**

1. This matter was filed on June 23, 2009. It is currently set for an initial Case Management Conference on September 29, 2009. Rule 26(f) Report and Initial Disclosures are currently due on September 22, 2009

2. On July 22, 2009, Defendants filed two separate motions to dismiss pursuant to Rule 12(b)(6), and set the matter for hearing on September 1, 2009.

3. In response to the initial motions to dismiss, on August 11, 2009, Plaintiff filed a First Amended Complaint. Defendants withdrew their initial motions, and filed new motions to dismiss the FAC, with hearing set for October 20, 2009.

4. All parties believe that justice would be best served by vacating the current Case Management Conference, Rule 26(f) report and Initial Disclosure dates until shortly after the ruling on the October 20, 2009 motions to dismiss, and the filing of a Second Amended Complaint, if appropriate. The parties believe that after the pleading issues have been resolved the Court can more fully and efficiently manage this matter at the Case Management Conference, and initial disclosures can be better directed at the issues which then remain in the relevant pleadings.

**STIPULATION**

All parties hereby stipulate that the current deadlines for the Rule 26(f) Reports and Initial Disclosures (due on September 22, 2009), and the Case Management Conference currently set for September 29, 2009 may be vacated, and new dates established as follows, or at the Court's convenience:

1. November 10, 2009: Rule 26(f) Reports and Initial Disclosures due; Joint Case Management Conference Statement filed.

2. November 17, 2009: Initial Joint Case Management Conference, Courtroom E, 15th Floor, San Francisco, CA, 10:00 am.

///

2

|   |   |   |
|---|---|---|
| 1 |   | LAW OFFICES OF TIM A. PORI |
| 2 | September 10, 2009 | By: _____ |
| 3 |   | TIM A. PORI |
|   |   | Attorney for Plaintiff |

MEYERS, NAVE, RIBACK, SILVER & WILSON

September ___, 2009    By: _____
                            KEVIN E. GILBERT
                            Attorney for Defendant John Hallman

CITY OF NAPA

September 8, 2009    By: _____
                            DAVID C. JONES, Deputy City Attorney
                            Attorney for Defendants City Of Napa,
                            Richard Melton, Officers Garth Bender,
                            Ryan Cole, and Ryan Hibbs

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2009        _____
                                  THE HONORABLE ELIZABETH D. LAPORTE
                                  United States Magistrate Judge

3

Stipulation and Order Continuing Case Management Conference, Rule 26(f) Report and Initial Disclosures

|   |   |   |
|---|---|---|
|   |   | LAW OFFICES OF TIM A. PORI |
| September __, 2009 | By: | _____ |
|   |   | TIM A. PORI |
|   |   | Attorney for Plaintiff |
|   |   |   |
|   |   | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| September 8, 2009 | By: | _____ |
|   |   | KEVIN E. GILBERT |
|   |   | Attorney for Defendant John Hallman |
|   |   |   |
|   |   | CITY OF NAPA |
| September 8, 2009 | By: | _____ |
|   |   | DAVID C. JONES, Deputy City Attorney |
|   |   | Attorney for Defendants City Of Napa, Richard Melton, Officers Garth Bender, Ryan Cole, and Ryan Hibbs |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 14, 2009

_____
THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

Stipulation and Order Continuing Case Management Conference, Rule 26(f) Report and Initial Disclosures

3