**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

**Anthony Prince (SBN 202892)**
LAW OFFICES OF ANTHONY D. PRINCE
2445 Prince Street
Berkely, CA 94705
Telephone: (510) 845-5475
Facsimile: (510) 845-5475

Attorneys for Plaintiff LUZ HERNANDEZ

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NAPA, a municipal corporation; RICHARD MELTON, in his capacity as chief of Police for the CITY OF NAPA, OFFICER GARTH BENDER, individually and in his capacity as a police officer for the CITY OF NAPA; OFFICER RYAN COLE, individually and in his capacity as a police officer for the CITY OF NAPA; OFFICER RYAN HIBBS, individually and in his capacity as a police officer for the CITY OF NAPA; DONALD GREEN, individually and acting as a co-conspirator in conjunction with Defendant Police Officers for the CITY OF NAPA; JOHN HALLMAN, individually and in his capacity as a Deputy Sheriff for the COUNTY OF NAPA and DOES 1 - 30 | Case No. CV 09-2782<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANTS RYAN COLE AND RYAN HIBBS WITH PREJUDICE** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

     Plaintiff, LUZ HERNANDEZ, through counsel respectfully requests that the Complaint (initial, First Amended and Second Amended) in the above matter be dismissed with prejudice

1

as to Defendants RYAN COLE and RYAN HIBBS only.

Each party will bear their own costs.

Dated: November 20, 2009.

Respectfully submitted

_____
TIM A. PORI
Attorney for Plaintiff HERNANDEZ