UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

LUZ HERNANDEZ,
Plaintiff,

v.

CITY OF NAPA, ET AL.,
Defendants.
_____/

No. C09-2782 EDL ENE

**ORDER APPROVING REQUEST FOR DEFENDANT CHIEF OF POLICE RICHARD MELTON TO BE EXCUSED FROM ATTENDING EARLY NEUTRAL EVALUATION ("ENE") SESSION**

Date: January 15, 2010
Mediator: Patrick Robbins

IT IS HEREBY ORDERED that defendant Chief of Police Richard Melton is excused from attending the January 15, 2010, ENE before Patrick Robbins. Chief Melton shall, however, make himself available to be consulted by phone during the course of the ENE if deemed necessary by the Neutral Evaluator.

IT IS SO ORDERED.

6 January 2010        By: _____
Dated                        Vaughn R. Walker
                             Chief United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LUZ HERNANDEZ,

    Plaintiff,

v.

NAPA CITY OF et al,

    Defendant.
                              /

Case Number: CV09-02782 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrick Robbins
Shearman & Sterling LLP
525 Market Street, Suite 1500
San Francisco, CA 94105

Dated: January 7, 2010

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk