Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA  94559
Telephone:  (707) 257-9516
Fax:  (707) 257-9274

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:      (415) 353-0999
Facsimile:       (415) 353-0990

Attorneys for Defendants CITY OF NAPA, POLICE CHIEF RICHARD MELTON
And OFFICER GARTH BENDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ,<br><br>                    Plaintiff,<br>       vs.<br><br>CITY OF NAPA, et al.,<br><br>                    Defendants. | Case No.:   C09-2782 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE EARLY NEUTRAL EVALUATION (ENE) DEADLINE** |

　　　　IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned attorneys of record, that the date for completion of the Early Neutral Evaluation, currently set by the Court for February 1, 2010,  be continued to April 1, 2010.  Good cause is shown as defendant DONALD GREEN, named in the Second Amended Complaint filed November 6, 2009, was only served on January 6, 2010 and his appearance is expected on or before February 26, 2010.   In order to allow for a meaningful analysis of the case in accordance with the ENE procedure, it is preferable that all of the named parties have appeared and attend the ENE.  The ENE evaluator appointed by the Court agrees that this request for a continuance is reasonable to allow all parties to appear at the ENE.  A continuance until April 1, 2010 for the date to complete an ENE will allow time for all

parties to appear.

Dated:  February 5, 2010					LAW OFFICES OF TIM A. PORI


							By: _____/s/_____
							     TIM A. PORI
							     Attorneys for Plaintiff LUZ HERNANDEZ

Dated:  February 5, 2010					MEYERS NAVE RIBACK SILVER & WILSON


							By: _____/s/_____
							     KEVIN E. GILBERT
							     Attorneys for Defendant JOHN HALLMAN

Dated: February 5, 2010					BERTRAND, FOX & ELLIOT


							By: _____/s/_____
							     GREGORY M. FOX
							     Attorneys for Defendants
							     CITY OF NAPA, RICHARD MELTON, and
							     CITY OF NAPA POLICE OFFICERS
							     GARTH BENDER, RYAN COLE and RYAN HIBBS

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: February 5, 2010					_____/s/_____
							     Gregory M. Fox


**ORDER**

Good cause appearing,

THE STIPULATION IS SO ORDERED.  The time to complete ENE in the above captioned matter is extended to April 1, 2010.

Dated: __February 9, 2010_____, 2010		_/s/ Elizabeth D. Laporte_____
							Honorable Elizabeth D. Laporte
							UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE EARLY NEUTRAL EVALUATION DEADLINE