Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA  94559
Telephone:  (707) 257-9516
Fax:  (707) 257-9274

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:     (415) 353-0990

Attorneys for Defendants CITY OF NAPA, POLICE CHIEF RICHARD MELTON
And OFFICER GARTH BENDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CITY OF NAPA, et al.,<br><br>　　　　　Defendants. | Case No.:   C09-2782 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE EARLY NEUTRAL EVALUATION (ENE) DEADLINE** |

　　　　IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned attorneys of record, that the date for completion of the Early Neutral Evaluation, currently set by the Court for April 1, 2010,  be continued to April 30, 2010.  The parties, in cooperation with the ENE Evaluator Patrick Robbins have agreed on April 22 2010 as a mutually convenient date  for the ENE. The parties were unable to agree on a mutually convenient date for March because of calendar conflicts and the first date available to all parties and the ENE Evaluator was April 22.    The parties have continued cooperating in discovery matters.

　　　　So Stipulated:

| | | |
|---|---|---|
| 1 | Dated: March 19, 2010 | LAW OFFICES OF TIM A. PORI |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | TIM A. PORI<br>Attorneys for Plaintiff LUZ HERNANDEZ |
| 5 | | |
| 6 | Dated: March19, 2010 | MEYERS NAVE RIBACK SILVER & WILSON |
| 7 | | |
| 8 | | By: _____/s/_____ |
| 9 | | KEVIN E. GILBERT<br>Attorneys for Defendant JOHN HALLMAN |
| 10 | Dated: March19, 2010 | BERTRAND, FOX & ELLIOT |
| 11 | | |
| 12 | | By: _____/s/_____ |
| 13 | | GREGORY M. FOX<br>Attorneys for Defendants<br>CITY OF NAPA, RICHARD MELTON, and |
| 14 | | GARTH BENDER |

### ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: March 19, 2010                          _____/s/_____
                                               Gregory M. Fox

### **ORDER**

Good cause appearing,

THE STIPULATION IS SO ORDERED.   The time to complete ENE in the above captioned matter is extended to April 30, 2010.

Dated: __March 23_____, 2010    _Elizabeth D. Laporte_____
                                      Honorable Elizabeth D. Laporte
                                      UNITED STATES MAGISTRATE JUDGE