Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA  94559
Telephone:  (707) 257-9516
Fax:  (707) 257-9274

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:      (415) 353-0999
Facsimile:       (415) 353-0990

Attorneys for Defendants CITY OF NAPA, POLICE CHIEF RICHARD MELTON
And OFFICER GARTH BENDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>CITY OF NAPA, et al.,<br><br>　　　　　Defendants. | Case No.:   C09-2782 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATES FOR PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND THE CITY OF NAPA'S MOTION TO BIFURCATE MONELL DISCOVERY AND TRIAL** |

　　　　IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned attorneys of record, that the date for the hearing on the plaintiff's motion to compel discovery against the City of Napa  and the defendant City of Napa's motion to bifurcate Monell discovery and trial be continued from Tuesday, June 22 to Tuesday, July 20, 2010.   Since the completion of ENE on April 22, 2010, the parties have continuously met and conferred and cooperated in good faith on resolving all non-Monell discovery matters. On Tuesday June 1 the parties and their respective computer experts met and conferred on a proposal  to allow plaintiff's computer expert to conduct a forensic examination on the Napa Police Department server for documents and emails that discuss, refer or relate to the incident and events more fully set forth in the second amended complaint on file.  The

parties need additional time to complete the meet and confer process on the proposal and draft the appropriate stipulations and orders to accommodate this discovery. The parties continue to cooperate on discovery matters including depositions, records subpoenas and related matters. An extension of the remaining briefing schedule and hearing dates for both discovery motions will allow the parties time to complete this meet and confer process.

The parties further stipulate to extend the date for supplemental Rule 26 disclosures to Friday July 2, 2010 based on the ongoing meet and confer process.

The parties have also stipulated that all depositions noticed before July 2, 2010 may be completed after July 2, 2010 at a mutually convenient date and time for all parties.

And because of the ongoing meet and confer on discovery the parties have stipulated that expert disclosures be extended to August 31 with expert discovery to be completed within 30 days.

Based on the good faith meet and confer to date Plaintiff herein also withdraws her request for sanctions included in her notice of motion against these defendants.

So Stipulated.

Dated: June 3, 2010                    LAW OFFICES OF TIM A. PORI


By: _____/s/_____
    TIM A. PORI
    Attorneys for Plaintiff LUZ HERNANDEZ


Dated: June 3, 2010                    BERTRAND, FOX & ELLIOT


By: _____/s/_____
    GREGORY M. FOX
    Attorneys for Defendants
    CITY OF NAPA, RICHARD MELTON, and
    GARTH BENDER

**ATTORNEY ATTESTATION**

I hereby attest that Mr. Pori by cell phone confirmed at 8:45 a.m. on June 3, 2010, after I twice read this stipulation to him, that he agreed with the stipulation and authorized me to sign his name and efile this stipulation; that he is in criminal court today but will send me his signature so I will have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: June 3, 2010                       /s/
                                    Gregory M. Fox

**ORDER**

Good cause appearing,

THE STIPULATION IS SO ORDERED.  The briefing schedules for both discovery motions and the hearing date for said motions is continued to July 20, 2010 as set forth in the stipulation. The other discovery matters are approved as set forth in the stipulation.

Dated: __June 3_____, 2010    _Elizabeth D. Laporte_____
                                    Honorable Elizabeth D. Laporte
                                    UNITED STATES MAGISTRATE JUDGE