IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF NAPA, et al.,<br><br>　　　　Defendants._____/ | No. C-09-02782 EDL<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO COMPEL, GRANTING DEFENDANTS' REQUEST FOR IN CAMERA REVIEW, AND ALLOWING A JOINT LETTER BRIEF REGARDING EXTENSION OF DISCOVERY CUTOFF** |

　　　　On June 22, 2010, the Court held a hearing on Plaintiff's Motion to Compel Discovery from Defendant Hallman and Production of Records Subpoenaed from the County of Napa. The Court hereby DENIES WITHOUT PREJUDICE the Motion for failure to meet and confer.

　　　　At oral argument, the parties stated that they have been working toward resolving a number of the issues raised by the Motion. However, Defendant requested that the Court conduct an *in camera* review of the requested law enforcement personnel and internal affairs records over which there is still disagreement. The Court finds good cause for granting Defendants' request and hereby Orders Defendants to lodge the responsive documents directly with this Court (i.e., by hand delivery) by no later than Friday, July 2, 2010 so that the Court may conduct an *in camera* review to determine which, if any, of the documents should be produced. The parties stated that they intend to file a stipulated protective order for the Court's review, and the Court anticipates that any such Order will protect the documents, if any, that it orders produced following its *in camera* review.

During oral argument, Plaintiff's counsel requested that the Court extend the current discovery cutoff of July 2, 2010 by thirty days. Defendants expressed opposition to this request. The Court will entertain a joint letter brief of no more than eight pages outlining the parties' respective positions regarding an extension of the discovery cutoff deadline by Friday, July 2, 2010.

**IT IS SO ORDERED.**

Dated: June 23, 2010



ELIZABETH D. LAPORTE
United States Magistrate Judge