Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
COUNTY OF NAPA DEPUTY SHERIFF JOHN HALLMAN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NAPA, a municipal corporation; RICHARD MELTON, in his capacity as Chief of Police for the CITY OF NAPA; OFFICER GARTH BENDER, individually and in his capacity as a police officer for the CITY OF NAPA; OFFICER RYAN COLE, individually and in his capacity as a police officer for the CITY OF NAPA; OFFICER RYAN HIBBS, individually and in his capacity as a police officer for the CITY OF NAPA; DONALD GREEN, individually and acting as a co-conspirator in conjunction with Defendant Police Officers for the CITY OF NAPA; JOHN HALLMAN, individually and in his capacity as a Deputy Sheriff for the COUNTY OF NAPA; and DOES 1-30,<br><br>Defendants. | Case No: C 09-02782 EDL<br><br>**DECLARATION OF KEVIN E. GILBERT IN SUPPORT OF DEFENDANT COUNTY OF NAPA DEPUTY JOHN HALLMAN'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>DATE:   August 31, 2010<br>TIME:   9:00 a.m.<br>DEPT:   Courtroom E, 15th Floor<br>JUDGE:  Honorable Elizabeth D. Laporte |

Dec of K. Gilbert ISO Def Co/Napa Deputy John Hallman's MSJ or, in the Alt, Summary Adjudication [09-02782 EDL]

I, Kevin E. Gilbert, if called upon to testify will competently testify as follows:

1. I am an attorney at law with the law firm of Meyers, Nave, Riback, Silver & Wilson, attorneys of record for Defendant County of Napa Deputy Sheriff John Hallman in the above-referenced matter. I have personal knowledge of the matters testified to herein below.

2. Attached hereto as Exhibit A is a CD containing a true and correct copy of the audio recording taken by the digital recorder worn by Deputy Hallman during the incident giving rise to this litigation.[1] Also attached as Exhibit A is a copy of the transcript for the audio recording as transcribed by Plaintiff's expert witness. The transcript is not authenticated by a certified transcriptionist and/or court reporter and contains minor errors which appear insignificant to the issues submitted for consideration. Nevertheless, the transcript is provided to assist the Court in attempting to review the audio recording, should the Court desire.

3. Attached hereto as Exhibit B is a true and correct copy of the handwritten statement prepared by Plaintiff Luz Hernandez at the time of the incident giving rise to this litigation wherein Plaintiff stated "I came home Donald Green was already inside my house. We then became involved in a verb [sic] altercation."

4. Attached hereto as Exhibit C is a true and correct copy of the handwritten statement prepared by Defendant Donald Green at the time of the incident giving rise to this litigation wherein Defendant Green stated that Plaintiff had pushed and attacked him during the incident giving rise to this litigation.

5. Attached hereto as Exhibit D is a true and correct copy of incident report NPD 08-002329 prepared by Officer Bender for the incident giving rise to this litigation.

6. Attached hereto as Exhibit E is a true and correct copy of the handwritten statement prepared by Plaintiff Luz Hernandez on or about April 3, 2008 wherein Plaintiff stated "I am sorry I did not let you know that Donald restraint [sic] me + hurt me."

///

///

---

[1] As a copy of the CD has previously been distributed to all parties through discovery, additional copies are not being provided to opposing counsel. However, should any party so desire or request, Defendant will provide a duplicate copy.

1

7. Attached hereto as Exhibit F is a true and correct copy of Plaintiff's Responses to Defendant Deputy Hallman's Request for Admissions wherein Plaintiff admits that Defendant Hallman did not arrest her during the incident giving rise to this litigation. (Response to Request for Admission No. 10.)

8. Attached hereto as Exhibit G is a true and correct copy of Plaintiff's Responses to Defendant Deputy Hallman's Special Interrogatories. Plaintiff's responses to Special Interrogatory Nos. 1-4 contain Plaintiff's specific allegations against Deputy Hallman.

9. Attached hereto as Exhibit H are true and correct copies of excerpts from the deposition of Plaintiff Luz Hernandez.

10. Attached hereto as Exhibit I are true and correct copies of excerpts from the deposition of Defendant Deputy Hallman.

I declare under penalty of perjury that the foregoing is true and correct. This Declaration is executed this 26th day of July, 2010 in Oakland, California.

                          /s/   Kevin E. Gilbert
                          Kevin E. Gilbert

1484888_1.DOC