# EXHIBIT A



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TRANSCRIPT OF AUDIO CD OF

HALLMAN BELT RECORDING

**Report Exhibit #3**

Transcript Prepared By
Stutchman Forensic Laboratory
421 Walnut Street, Suite 120
Napa, CA 94559
707-257-0828
fax 707-257-3240

1  NPO:  Napa Police Officer

2  JH:  John Hallman

3  DG:  Donald Green

4  LH:  Luz Hernandez

5  UM:  Unidentified Male

6  *:  Unintelligible Word

7  ***:  More than one Unintelligible Word

8

9  JH:  19 19 Le Caire Court.  0.02.000

10  (sound of walking)  (knocking)

11  DG:  *** 0.06.520

12  JH:  You hear, 'em?  0.12.414

13  DG:  You want to.  0.15.000

14  NPO:  Yell, that's mine.  0.16.500

15  DG:  Why you do this?  0.17.885

16  JH:  Must have *** 0.19.500

17  DG:  I wanted to use this before.  0.0.679

18  (Knocking on the door) 0.22.227

19  NPO:  Police Department.  Please come to the door.  How you doin', sir? 0.23.585

20  DG:  Good, how you doin'?

21  NPO:  Mind if we come in?

22  DG:  No problem.

23  NPO:  Hello.

24  DG:  How you doin'?

25  UM  What's going on?  0:33.755

26  NPO:  Can I talk to you over there?

27  DG:  Yes you can.

28

1    NPO: Just you two here right now?

2    DG:   Yes.

3    NPO: O.K.

4    JH:    Hello.

5    LH:    Hi.

6    JH:    How you doin'?  Can I talk to you for just a second?

7    LH:    Yeah.

8    JH:    What's goin' on?

9    (Background talking) 0:47.800

10   DG:    * been living off and on for a year *.  (Background) 0.50.356

11   JH:    Do you need any medical aid for any reason?  0:54.600

12   LH:    No.

13   JH:    O.K.  Just make sure you're not needing any help right now.

14   LH:    No, I'm fine.  0:58.400

15   JH:    What's goin' on?  1:00.274

16   LH:    Nothing.  1.02.120

17   DG:    She can take all this. (Background)  1:03.090

18   LH:    *** to get some water.  1:04.869

19   JH:    You know what?  Can, give us just a minute until he's done talkin' to him.  1:06.529

20   LH:    I'll sip on this.  1:09.365

21   JH:    Sure, sure, please, please 1:10.527

22   LH:    *** (At the same time as the above.)

23   UM    ** anything to drink.  1:16.000

24   UM    * had a *** us.  (Background)  1:17.545

25   UM    I tell you *** (Background) 1:19.104

26   JH:    You guys are fighting?  1:31.500

27   LH:    ***   1:32.218.

28   JH:    What are you fighting about?

1   LH:     He came into my bedroom.  1.35.080

2   JH:     I'm John Hallman, by the way, from the Sheriff's Office.  Sorry to meet you this way.

3   If I could get your name?  1:43.000

4   LH:     L U Z  ***   1:47.943

5   JH:     Oh, *.  1:49.607

6   LH:     Uh, huh.  1:50.239

7   JH:     O.K.  What's your last name, Luz?  1:51.399

8   LH:     Hernandez. 1:52.500

9   JH:     Hernandez with a Z or S?  1:53.310

10  LH:     A Z.  1:55.124

11  JH:     O.K.  What's your  date of birth, Luz?

12  LH:     12-16-1970

13  JH:     Are you guys married or just live together?  2:07.802

14  LH:     No, it's my house.  2:09.000

15  JH:     This is your house, o.k.  2:10.161

16  JH:     Is he your boyfriend, friend? 2:11.897   Just, a – is it roommate, or?   2:15.000

17  LH:     No.  He's not my room mate.  This is not his home.  2:17.269

18  JH:     O.K.  Are you guys in a dating relationship?  2:19.818

19  LH:     Um… 2:23.789

20  JH:     How would you classify it?  2:24.296

21  LH:     We had been seeing each other for a year and a half.  2:27.000

22  JH:     A year and a half?  O.K.  What's your phone number here? 2:29.000

23  LH:     Um, 2 – I never call.  I only got it for my inter – my internet.  2:32.421

24  JH:     It's o.k.  How about a good way to contact you.  2:41.165

25  LH:     I just changed the number today.  I don't know my new number.  It's in my car.

26  2:45.000

27  JH:     O.K.  That's o.k.  I'll get that.  So what's goin' on here today?  There's clearly – clearly

28  something's up.  2:48.000

1  JH:     That, right there.  Do me a favor.  Let me see your – let me see your hands and your

2  wrist there.  3:03.000

3  DG:    I'll tell you what you need to know.  (Background)  3:07.687

4  JH:     Can I see both of your hands ma'am - Luz?   3:09.672

5  UM    You though she was being nice ***  (Background) 3:11.500

6  JH:     Just turn them over for me.  3:12.500

7  DG:    … not coming back here.  I still have things here.  I want some…  (Background)

8  3:13..200

9  DG:    A VIP  3:14.732

10  JH:     You were rinsing out your mouth.  Are you injured, or – oh, you're not.  3:17.512

11  LH:     Just dry.  3:21.965

12  JH:     O.K.  So a year and a half seeing each other, and what – what happened tonight?

13  3:22.500

14  DG:    I'm leaving.  (Background)  3:30.553

15  UM    *** I don't know.  (Background) 3:32.202

16  LH:     All of the sudden… 3:33.950

17  JH:     Hello.  Hi.  3:34.500

18  UM    That's your *  (Quiet)  3:35.809

19  JH:     This is Luz Hernandez.  3:37.200

20  NPO.  Hi.  3:38.538

21  JH:     This is her date of birth.  They've been in a dating relationship for about a year and a

22  half.  3:41.888

23  NPO:  O.K.  3:44.852

24  JH:     And they had some issues tonight.  3:46.000

25  NPO:  Oh.  3:49.289

26  JH:     She doesn't need medical assistance and here we are.  3:50.654

27  NPO:  O.K.  3:54.427

28

1  NPO: Luz, I'm Officer (sounds like Bates) with Napa Police. I'd ask you how you are, but I

2  think you've had better days, huh?   3:59.852

3  LH:    Yes I have (Quiet) 4:07.071

4  UM    This is when he was* (Background) 4:08.133

5  NPO: Can you tell me what happened? 4:09.500

6  UM:    *, he's not a cop. (Background) 4:10.461

7  4.12.171 (Sound of walking & possibly unintelligible background speech)

8  JH:    You're not a problem. 4:16.326

9  DG:    How you doin'? 4:17.956

10  UM:    *** 4:19.833

11  DG:    So, you gonna throw me out of here tonight?   4:21.308

12  UM    What do you want? 4:23.319

13  DG:    I feel it, man. 4.24.710

14  NOP: How long have you been out here? 4:26.700

15  UM    *** 4:27.947

16  DG:    Yes, and . . 4:29.298

17  NPO: Did it get physical? 4:29.950

18  DG:    It didn't get physical. 4:3.875

19  NPO: What happened to your chest? 4:33.096

20  LH:    He had a knife. (Background at the same time as the above words.)

21  DG:    We're O.K. Hasn't gotten violent. 4:34.335

22  JH:    No, it got physical. She's – she's got marks on her, too. 4:35.837

23  NPO: O.K. 4:38.949

24  DG:    *** me. 4:38.433

25  UM    *** 4:40.200

26  NPO: So, I don't know if you have a hard time telling me the truth. You keep saying you're

27  embarrassed to us. *** 4:4.966

28  (Multiple people talking) 4.45.532

1  UM    Probably is embarrassing. Isn't done.  4.46.464

2  DG:    I've never been in a relationship like this . . 4.49.200

3  JH:    Not really cleared.  4.51.600

4  UM    *** (Background) 4.52.352

5  JH:    We're just downstairs.  4.53.400

6  DG:    We've been doing it too long.  4.54.156

7  NPO: There was a phone out there.  4.55.170

8  UM:    * injured.. 4.56.500

9  DG:    That's bogus.  4.57.440

10  DG:    I won't kid ya, *.  4.56.491

11  NPO: ** have to answer to that. 4.57.946

12  JH:    Sheriff's office.  5.00.200

13  NPO: It can't go on. 5.01.049

14  JH:    A quick peek.  There's nothing up here.  5.02.090

15  UM    *** 5.05.853

16  (Unintelligible background speech) 5.07.575

17  JH:    Lot of Gordon Biersch downstairs. 5.16.320

18  UM    *** 5.17.579

19  UM    Not to be here. 5.18.335

20  NPO: She never even approached you? 5.23.642

21  UM    *** 5.25.826

22  DG:    We didn't fight over there, that would be... I don't know what it means.  5.27.376

23  DG:    I'll leave. 5.30.974

24  DG:    Just, just hanging out here. 5.31.481

25  DG:    I should leave. 5.34.045

26  UM    Should leave. 5.36.434

27  NPO: Let's see your hands. 5.37.768

28  DG:    That's old. 5.40.135

1  NPO:  This gonna be my case?  5.41.191

2  DG:   *** 5.42.500

3  NPO:  Turn that way. 5.44.370

4  NPO:  All right. You hang tight with – where do you work at? 5.49.162

5  DG:   Napa State.

6  JH:   O.K. That's right.

7  NPO:  Stand by.  5.55.500

8  DG:   I apologized to Luz.   This one girl's just love, hate... 6.01.415

9  UM:   *** 6.06.315

10  DG:  You know how it is?  6.07.727

11  JH:  (Whispering) I don't known what she's giving him, but she wasn't giving me a whole

12  lot. 6.08.562  She's got blood in her mouth. She went in and started rinsing out the water

13  and spitting it out.  *** .  I didn't have her open her mouth for me.  She had a * under her

14  fingernails.  She **

15  JH:     I think she did the old wildcat on him. 6.24.778

16  DG:  *** come back. 6.30.085

17  JH:  Real life is real life, man.  We all got life and families. 6.31.954

18  DG:  Real life is embarrassing.  6.34.322

19  JH:  I, I understand. It's .. 6.36.205

20  DG:  It's embarrassing. 6.37.221

21  JH:  Just tryin' to let you know we all deal with crap, brother.6.37.500

22  DG:  I understand.  I'm a working man, – me and her, we have that love/hate, and deep

23  down, I know it's not healthy, but we keep going back with each other.  6.39.386

24  JH:  You know what?  And I'm not gonna try and preach to you, brother, but... 6.50.616

25  DG:  I may need it a some point. 6.54.500

26  JH:  But at some point you do need to – need to think about – I don't know if there's kids

27  involved – but you gotta think about that if you do – if there's kids involved, you got to think

28

1   about that. Number two, you got to think about your whole career cuz this could be – this

2   could change your career and end it.

3   DG:   I know.  I know.  It could destroy my life. 7.09.205

4   JH:   So you kinda got… 7.10.930

5   DG:   I do have kids to support and it could destroy my life. 7.11.881

6   JH:   So I would – I would think about that, bro.  I'm sure you have at length.  I'm not

7   telling you anything you probably haven't thought of, but this might be a good fork in the

8   road to try and . .

9   DG:   Right. 7.27.244

10  JH:   Try and get your things in – I was in a relationship a long time ago and I reached a

11  fork in the road.  It was a similar type of relationship – a real love/hate.  I walked home from

12  almost Yountville one night because I knew if I got back in the car

13  DG:   ***

14  JH:   I was gonna take the other road, man, I was so pissed off.  And I was – I just decided,

15  you know what – I love her, but it's – we're just – for whatever reason our chemistry is just

16  not on.  We're not helping each other, but I don't know, bro.  I don't remember your name.

17  DG:   Donald Green.  8.06.200

18  UM:   Donald Green?  John Hallman. 8.07.195

19  DG:   * sir. 8.08.434

20  JH:   I'm sir, I'm John Hallman, you make me feel old. 8.09.311

21  DG:   No, no 8.13.000

22  JH:   I know it's respectful.  I appreciate it, but let's see what you got here.  Got a little

23  blood. 8.13.636

24  DG:   Those are, I had those off three months ago. 8.21.126

25  (Radio traffic in background) 8.24.461

26  NPO:   That's a different . . 8.24.559

27  DG:   That's a different situation. 8.25.500

28

1  NPO:  Do you need medical attention?  8.27.188

2  DG:    No.  I don't  I'm fine. 8.28.624

3  NPO:  Do you have a camera? 8.31.672

4  UM:    *** 8.36.799

5  JH:     Do you have Hefeweizen?  8.36.092

6  DG:    Are you serious?  8.40.348

7  UM:    *** 8.14.322

8  DG:    Yes. 8.42.100

9  JH:     Seventh blond bock?  8.44.500

10 UM:    Yeah. 8.45.585

11 JH:     Been trying the Hefeweizen.  8.46.300

12 DG:    It's all right.  8.47.235

13 JH:     It's all right.  The Hefeweizen with a little cold orange is good.  8.48.461

14 DG:    I buy Sierra, I like beer. 8.50.542

15 NPO:  Napa Two one two.  I want to see if I could get unit with a camera to respond. 8.53.000

16 DG:    I don't want anybody,  I don't want either one of us to get in trouble. I been here all

17 week.  This is what it is, man.  8:58.500

18 JH:     Do you live here?  9.07.349

19 DG:    I did for – currently, no.  But I have, yes.  9.09.107

20 JH:     Where are you living now?  9.13.856

21 DG:    In Vacaville.  9.15.000

22 DG:    It's embarrassing, man.  9.26.213

23 NPO:  I'll get a chance to speak with him.  (Background) 9.27.368

24 (Radio traffic) 9.33.927

25 JH:     It would be one thing if I didn't have Doug Pike as a ride along right now.  9.46.179

26 DG:    Please don't rile me. Please say no.  Please say no. 9.50.000

27 JH:     No.  9.54.889

28

1  DG:    I mean. That's the last thing I need. That's one of the few things that I've had is my
2  job. 9.57.000

3  JH:    What are you guys gonna do once that contract ends?  Who are they gonna get for
4  chief? 10.07.168

5  DG:    They're looking at a couple different people. 10.11.851

6  JH:    They're interviewing right now? 10.13.897

7  DG:    A couple of 'em are going through background 10.13.819

8  JH:    Oh, good. 10.17.553

9  DG:    Um. What's her name? She was out there for a while *** I forget her name. 10.18.000

10 JH:    Who does she work for? 10.27.929

11 DG:    Currently, I think she still works for the state. Some investigation. 10.29.272

12 JH:    As a special investigator? 10.33.241

13 DG:    Yeah. Yeah. 10.35.000

14 NPO:   Okay, *** that program. 10.35.608

15 JH:    O.K.

16 (Background speech at the same time) 10.37.745

17 DG:    I think there was another one. I guess it was an outside guy. I think from Atascadero
18 who came here or something, some employee **.  10.38.40

19 JH:    A good deal. 10.46.166

20 UM:    Walking into that one. 10.46.790

21 JH:    Yeah, I think they finally realized what it costs to keep one of our lieutenants out there
22 as a chief in there. 10.47.905

23 DG:    And then you come out and they don't let you do your job. It's the most – like poor
24 Ericson. He comes out there. He's tryin' to obey the laws and next thing you know, he makes
25 several phone calls to Sacramento to justify, you know, to answer, *** do what you're doing.
26 Next thing you know, they give the motherfucker the boot. That's bullshit. They did not
27 even want you, man. 10.52.271

28 (Laughter)  11.16.331

1  JH:  You're not helping *. Oh, boy. 11.18.355

2  JH:  Hey where are we gonna do to that tubular thing next month?  Is that...? 11.27.538

3  UM:  Canceled. 11.29.624

4  JH:  Yeah, we doin' it here or going somewhere for it?

5  NPO:  Actually, if it's 11.34.029

6  JH:  Tube assaults, it's supposed to be

7  NPO:  May, it'll probably be outside our ... 11.36.772

8  JH:  At the range?  11.39.731

9  NPO:  Yeah.

10  JH:  So Brian and Duncan were gonna do it. 11.43.000

11  NPO:  I guess we're gonna put all our training off on you guys, huh? 11.46.469

12  JH:  Are you?  Trying to, huh.  Trying to see if we can use your budget, man.  It's cheaper

13  that way, man.  Tryin' to work the county into a better position here, man.

14  UM:  ***. 11.59.554

15  UM:  Oh, no. 12.08.875

16  UM:  Saves money. 12.14.174

17  NPO:  * pull that prior here, now? 12.14.708

18  DG:  *** 12.16.091

19  NPO:  Yeah ***

20  DG:  ***

21  JH:  I was just leaving a car stop.  Just happened to be over here so I thought I'd swing by.

22  12.19.000

23  JH: How long you been out there? 12.32.550

24  DG:  Nine and a half years. 12.34.441

25  JH:  So you know Jeff.

26  DG:  Rochester? 12.37.562

27  JH:  Yeah, you worked with Jeff for a while. 12.37.562

28  DG:  He was one of my FTO's. 12.39.684

1 | JH: | Was he?
2 | DG: | Yeah.
3 | JH: | Yeah. You got past it anyway. 12.44.193
4 | DG: | (Laughing) I did. I did. 12.46.884
5 | JH: | He's a good guy.
6 | DG: | Yeah, he is. He is.
7 | NPO: | Rochester used to work at the State Hospital? 12.51.207
8 | JH: | Um, hum.
9 | NPO: | I didn't know that. 12.53.233
10 | DG: | He was out there.
11 | JH: | He got promoted to sergeant just prior to coming over to us. 12.54.772
12 | NPO: | Is he, um, is he still in American Canyon? 12.57.338
13 | JH: | Uh, hum.
14 | NPO: | Yeah.
15 | JH: | Yeah. The blessed land of American Canyon. 13.05.537
16 | NPO: | If you could just write what you told me, what happened, o.k. What I want there is
17 | | the truth. 13.12.749
18 | UM: | You fucking bitch. 13.19.353
19 | JH: | As much as this situation sucks, you really don't want to be disingenuous not to – I
20 | | know your situation, but you really don't want to lie on a form just because of the fact .
21 | | 13.27.258
22 | DG: | No, I hear you. 13.40.159
23 | JH: | You and I are held to a different standard. 13.40.604
24 | DG: | No, I agree, I agree.  13.41.876
25 | JH: | And it does stink. It sucks, brother. But, again . . 13.43.136
26 | DG: | I'm confused on… 13.46.724
27 | JH: | I'm not here – we're not here to judge you, bro, but 13.51.286
28 | |

1   DG:   Right. I mean, this shouldn't even be up, damnit. I love her to much and we have

2   history. 13.52.441

3   JH:   Could be ugly. 13.55.222

4   DG:   She just was at my house like a week ago. 13.57.304

5   JH:   I'm just gonna have you get some clothes. You need to get the hell outta here, man.

6   13.58.276

7   (Laughter) 14.01.734

8   JH:   No. I'm just kidding. 14.02.720

9   DG:   No, it's cool. 14.03.503

10  JH:   This is their call. They'll decide, but... 14.03.611

11  DG:   O.K. 14.05.421

12  JH: I'm just sayin' that, just with that statement alone it's like... 14.08.136... 14.05.421. .

13  DG:   No. she, she – I mean, it's.. 14.08.082

14  JH:   I'm gonna put like , Police do not enter tape across.. 14.10.391

15  UM: * fuck the... pretty girl. 14.12.583

16  DG:   Please, please, talk me into keeping me, cause I, I seen some promise in it, made these

17  bad decisions, yes. 14.13.400

18  JH:   Welcome to humanity. We all make 'em. 14.21.711

19  UM:   Think you made your decision. 14.25.645

20  UM:   Maybe. 14.28.000

21  UM:   *** 14.29.921

22  UM:   His property. 14.31.728

23  DG:   Thank you. 14:33.000

24  NPO: You don't have any property at this place? 14.40.000

25  UM:   Not together. 14.41.873

26  UM:   *** 14.43.254

27  JH:   When I first came in I was gonna ask you guys who decorated. It looks like you guys

28  did. 14.49.327

1  DG:   Yeah. 14.54.811

2  JH:   Left the pillows everywhere. I'm kidding. 14.55.217

3  DG:   Oh. O.K. 14.56.872

4  JH:   Trying to lighten up a difficult situation. 14.593. 000

5  DG:   It is a difficult situation. 15.01.848

6  DG:   What is it like – 10:30? 15.09.830

7  JH:   Uh, almost, yes. It's 10:25. 15.11.140

8  UM:   You got to be pretty smart. 15.14.318

9  NPO: You act like this. 15.21.500

10 (Radio traffic) 15.25.000

11 UM:   I think that's it. 15.26.078

12 UM:   We have his cloths here. 15.27.824

13 (Radio traffic) 15.31.125

14 DG:   Thank you. 15.31.486

15 NPO: What did she do? 15.36.91

16 UM:   Is he * 15.37.374

17 (Radio traffic continued) 15.39.600

18 NOP: He's done. 15.41.958

19 UM:   Last night we talked about this. 15.43.434

20 UM:   Don't feel bad. 15.47.026

21 NPO: Won't take long. 15.48.877

22 UM:   Who you talking to? 15.50.034

23 UM:   *** 15.51.251

24 (Radio traffic and a brief whistle) 15.55.500

25 NPO: I need it behind your back. 15.58.347

26 NPO: Can't leave her alone. 16.00.029

27 UM:   Did you flash it? 16.00.941

28 UM:   Can he stay? 16.02.750

1  UM:   One moment, let you know.  16.04.110

2  UM:   *** 16.06.045

3  NOP: So, how many pictures I take?  16.11.000

4  UM:   Is she *  16.12.412

5  UM:   I'll bet she's not. 16.15.676

6  JH:    Have you seen Keeley Dodd since Friday? 16.24.853

7  NPO: I talked to her today.

8  JH:    Did you?

9  NPO: Yeah.

10  JH:    Oh, you talked to her on the phone.  You should see her.  She's walking around with a

11  short sleeved shirt on.

12  NPO: Must have a *** 16.27.208

13  JH:    She's got a pressure wound, man.  She's got an entrance wound from that thing.  With

14  marks like this big.  Right in the center there's a little slit. 16.29.000

15  NPO: All right, go for it, chick.  16.35.697

16  JH:    Man. 16.38.551

17  UM:   So, what's happening? 16.39.637

18  JH:    It was nothing.  16.40.693

19  NOP: Give us enough.  16.41.445

20  UM:   What she said to *.  16.41.906

21  UM:   Cool.  16.43.146

22  UM:   Thank you.  16.45.177

23  UM:   Thank you, sir.  16.46.232

24  UM:   * 16.47.832

25  UM:   Sure. 16.48.513

26  NPO: Better be film in here.  16.50.542

27  NPO: Got lot's of 'em.  16.53.076

28  NPO: It's not? 16.54.949

1  NPO:  Digital file.  16.56.861

2  (Radio traffic)  16.57.863

3  JH:      you're dating yourself *  17.00.437

4  (Radio traffic)

5  UM:   I don't see it.  17.02.400

6  (Radio traffic)  17.04.400

7  JH:      There better be Polaroid's in here, dog-gone-it.   17.05.880

8  NPO:  Got it.  17.19.439

9  UM:   Do you mind *** to take your picture, please?

10  UM    They left alone.  17.19.910

11  JH:      (Making drawn out ch sound)  17.21.000

12  JH:      (Whistling is covering up what LH is saying. She can be heard in the background, but

13  her speech is unintelligible due to the whistling.) 17.23.398

14  NPO:   You a psych tech? 17.24.938

15  LH:    · No, I'm a nurse. 17.26.117

16  NPO: Okay, you mind stand up so I can take your picture, please?  17.27.239

17  JH:      (More whittling) 17.30.107

18  NPO:   (During whistling) * up. 17.31.397

19  JH:      (More whistling) 17.32.298

20  NOP:  We've all has this sad situation, and I don't want to ** right. 17.33.112

21  NPO:  You can sit and I could take it if that's more comfortable.  It's up to you.  17.38.266

22  LH:     You want and audience for this?  17.44.539

23  UM:   What's that? 17.46.223

24  LH:     He's saying I hit him? 17.46.706

25  NPO: Uh, no he didn't tell me that, uh, you hit him. 17.48.811.

26  NPO: …try that again when you look at the camera? 17.54.936

27  DG:    Luz. 17.57.885

28  LH:     I don't want him in my house.  17.59.063

1  JH:    (Make a sound like a duck quacking) 1.02.500

2  JH:    (Makes a clucking sound) 18.06.500-18.13.128

3  UV:    (Unintelligible background voice) 18.22.222

4  (Background radio traffic) 18.27.823

5  UM:    *** work here, work that long. 18.32.72

6  JH:    Any of you guys going to that meeting tomorrow from that Fresno guy that's coming

7  down?  Or coming up here?  No?  18.36.000

8  UM:    No.  18.41.753

9  JH:    In the, Fresno gang guy supposed to be coming up. Chief Melton sent an email today.

10  18.42.628

11  JH: You guys are hosting some kind of a meeting. 18.49.500

12  NPO:   I didn't see that email.

13  JH:    I don't know.  It's kind of last minute, too.  That's like geez, one day notice.  18.57.000

14  NPO:   Did you get the email late in the day?

15  JH:    I don't come in till noon, but yeah, I rolled in.  It was there like one o'clock.  19.04.080

16  NPO:   Hold still. 19.15.608

17  JH:    Any time you have to stop and say I'm not gonna go into that that many times, again,

18  is a clue. 19.21.746

19  DG:    It's a lot of history. 19.30.670

20  JH:    Yeah, brother, I got you. 19.32.000

21  UF:    ** you went out with someone?  19.32.679

22  DG:    Yeah, my phone, my wallet with my work badge and my DL is in my bedroom in

23  there. 19.32.478

24  NPO:   In that pile of clothes there.   19.42.615

25  DG:    *.  19.44.000

26  NPO:   Do you mind if I get it? 19.44.430

27  DG:    No, I don't mind at all.  My wallet's probably in my – probably in my pants on the side

28  of the nightstand.  19.45.788

1  JH:   Did you have on a shirt or robe or something?  19.55.210

2  DG:   Yeah, I mean I came here in my uniform * my T-shirt and pants. 19.57.200

3  JH:   Let me see if I can grab him some clothes or something.

4  NPO: Probably a bad idea. 20.06.656

5  JH:   O.K.  Never mind. 20.07.765

6  NPO: She's going O K. 20.08.499  ***

7  JH:   O.K.  Never mind. 20.09.500

8  NPO: Nothing like a clean break up. 20.09.786

9  (Radio traffic in the background) 20.11.416

10 NPO:  *** go. 20.12.370

11 JH:   O.K.  O.K.   20.13.438

12 NPO: You got better decision? 20.14.181

13 UM:   Go ahead and finish that while I *** 20.16.196

14 DG:   I don't really know how much to write down. 20.23.715

15 NPO: As much detail as you can. 20.26.246

16 DG:   I don't want to go into it.  He said, she said, what she knows *** 20.27.889

17 NPO: You don't have to tell us everything.  Just write down about what happened *.

18 20.33.500

19 JH: (Whistling) 20.44.821

20 (Radio traffic in the background) 20.49.733

21 NPO: Is this your current address here *? 20.33.053

22 DG:   No it's not.  It's 222 Northwest Street. 20.54.916

23 NPO: Northwest Street? 20.58.715

24 DG:   Yeah. 20.59.716

25 NPO: Vacaville.  95688. 21.00.800

26 NPO: All right. 21.04.200

27

28

1  JH:    This is way easier than the last call we were on together.  Easier to communicate
2  everything.  Us sitting on the floor. Yeah.  That guy had that solid five year old mentality.
3  21.12.082

4  UM:    I wonder if she ever, if she ever opened up.  I was there for like probably a half hour.
5  22.25.12

6  JH:    Nothing. 22.32747

7  NPO: Told * she wanted to leave *  22.35.000

8  JH:    I wonder if maybe some pharmaceuticals helped her open up.  Probably – it wouldn't
9  shock me – if they did do the 72 hour, they probably gave her a little something. 22.37.930

10  UM:   You know what, I hated to have to let the wife go. 22.55.000

11  UM:   *** 22.58.618

12  JH:    I had to go in to investigate that sex assault in the St. Helena hospital psych ward – the
13  lock down. I did not like that.  That was – not only was it odd doing all the interviews, but it
14  was odd being locked down in there.  There's this guy walking around with his hat and his
15  shirt that says security.  I was like, I didn't know they had security and the nurse walked by
16  and goes, no, he's another one of the nuts here.  I was like, whoa.  23.00.863

17  UM:   *** 23.27.154

18  JH:    Uh, hum. Yeah. 23.29.579

19  UM:   The nurse was an interesting characters there.  23.31.000

20  JH:    Oh, yeah. 3.33.279

21  UM:   Why are you here?  Big misunderstanding.  This guy used to be my boss.  Somehow
22  he gets tied up in my house, or tied up in his house and caught on fire.  It was spontaneous
23  combustion.  And he tied the guy up and put him on fire.  You remember this? 23.34.000

24  NPO: There's all kinds of people. I go out there all the time. 23.51.542

25  UM:   But, even it's just… 23.54.511

26  UM:   *** 23.56.114

27  UM:   There's one there right now who set his apartment complex on fire last year.  *** He
28  started gunning 'em down. 14 people.  23.58.713

1  JH:   (Whistles) Killed or shot? 24.09.000

2  NPO:  Shot *** 24.10.194

3  JH:   Where was that at? 24.11.484

4  UM:   *** 24.1.314

5  UM:   *** phone number? 24.12.904

6  DG:   707-287-1112. 24.14.649

7  JH:   Ol' Rex is still on the civil commit. Rex McCurdy. They keep re-upping his sexually

8  violent predator status. We're all – well I shouldn't say we, I should say the county, the DA

9  are being sued right now. They got a big lawsuit going against 'em. In preparation for that,

10  that's why we're asking – you know, trying to let you guys do as much training as possible.

11  24.27.714

12  NPO:  By the end you didn't write any of the stuff we talked about earlier... 25.01.235

13  DG:   By the end. 25.04.523

14  NPO:  ...about the verbal arguments and the fact that -- how you sustained those scratches on

15  your chest. 25.05.762

16  DG:   O.K.. I'll. 25.13.549

17  NPO:  Do you, you told me, yet you're not writing it, so . . 25.14.358

18  DG:   No, I understand that. It's just that, it's just that . . . 25.17.814

19  NPO:  I mean, do you not wanna write? 25.21.086

20  NOP:  You want to write the truth or not? 25.24.275

21  DG:   I'll write the truth. I mean, I'll write the truth. Just that . . 25.24.282

22  NPO:  ***It's become such a familiar – I understand. 25.28.19

23  DG:   I'm not trying to tell you what. I know you're busy. 25.3.056

24  NPO:  Well you could, if that's your statement, you can hand that to me or you can write

25  what you told me earlier. 25.33.925

26  DG:   I mean, I mean , officer Bender. 25.39.049

27  NPO:  I don't think that I need to hear all that. 25.45.925

28  DG:   Yeah. 25.48.568

1    UM:    * 25.48.873

2    UM:    Okay. 25.50.000

3    NPO:   It's up to you.  25.51.000

4    DG:    Yeah.  I know it is. I understand.  25.52.351

5    NPO:   Do you want to write it down?  25.54.900

6    DG:    Yes, sir. 25.55.635

7    UM:    It might help you. 25.59.875

8    UM:    Somethings happened here. 26.01.344

9    DG:    O.K. 26.02.272

10   JH:    They didn't have * yesterday.  We kinda did a walk through.  A re-familiarization of

11   the county, like the county admin building, the court building for all the court staff.  All the

12   bailiffs and stuff and gave them the movements and then just did some scenarios and Jeff just

13   brought down a bunch of air soft and just unloaded it just so they can hear the crack, crack,

14   crack of the $CO_2$ going off and they were like sweating and their pupils were * and jacked --

15   they got a lot of old timers in there.  It was – still got right into it, man.  It was really funny.

16   26.19.874

17   (Radio traffic) *** Lake Berryessa…   28.56.774

18   UM:    They're not gonna send someone to that are they? 29.06.873

19   UM:    Where's that? 29.09.422

20   UM:    *** Berryessa. 29.10.476

21   UM:    * don't want it.  29.13.417

22   JH:    Great, that's excellent. 29.14.300

23   (Radio traffic) 29.19.226

24   UM:    I'd get on that.  29.2.000

25   JH:    That's like a – it's like a  415 music in Pope Valley or something like that.  Let's roll.

26   Get negative response. 29.24.000

27

28

1  JH:     Be interesting to see how they already got the list coming out for upcoming holidays

2  this summer up at the lake.  You know, some of the resorts supposedly getting ready to shut

3  down.  It would be interesting to see if we still have quite the turnout.

4  NPO:  Yeah, there's probably idiots up there.  You're not gonna get rid of that. 30.07.587

5  JH:     It's funny cuz it's kinda knee jerk at times.  You know, there for a while it got out of

6  control and then they would – then they had SWAT to go up there as a crowd control type

7  measure and then last year it was pretty good. 30.12.881

8  UM:   *** 30.26.975

9  (Background talking)

10 NPO: That pretty little. 30.26.884

11 DG:   So I *, she wants to sit here and talk,  we're going to work things out if she wants to be

12 with me . . 30.29.096

13 (Note:  In the portion below, JH is talking at the same time as DG.)

14 JH:     And then now they're saying no, we don't need you guys any more, so just sign up on

15 the * like it was gonna be a detrimental thing.  I kinda of laughed and said, that's fine.

16 DG:   ***

17 JH:     We were working every day – up every holiday working weekend before.  Now all

18 we gotta do is work three somewhere in there.  Thank you.

19 DG:   What, she telling * that she won't attack me, but that's the rage that she has. 30.47.193

20 UM: So is this when she... 30:52.427

21 DG: She yells and pushed me...

22 NPO: You gonna write in there that. "She yells, and pushed me?" 30:53.721

23 UM: [Is that when you got those cuts?] 30.57.000

24 UM:   I suppose so. 31.01.624

25 UM:   I'm gonna take another * camera and take some *. 31.10.894

26 (movement/walking is heard)

27 UM:   Step off. 31;19.462

28 NPO: One thirty, exactly. 31.20.200

1  [DG \ UM]:  I just waited couple hours now. 31.23.352

2  JH:     If not, I got batteries and cameras and stuff in the car. 31.26.092

3  NPO: Let's see if I change the batteries if that's gonna affect the pictures, is it?

4  JH:     No.

5  NPO: This never happened on a Polaroid.  31:45.185

6  JH:     See. * technology's not helping us.

7  DG:     *** used to have a Polaroid. *** never see Polaroids any more.

8  NPO: O.K.  Just hold your hands up like that *.  Same thing.  Put it right next to *.  Anything

9  else hurt?  Nothing?  O.K.  Here's what we're gonna do. 33:36.9

10  DG:     May I please stay so I can get a little bit of sleep tomorrow.   I just worked 16 hours.

11  33:49.8

12  NPO: I don't think she wants you here.  But, and I'm gonna have you stand with one of

13  these officers or this deputy.  She's gonna be going with me to jail tonight and I don't want

14  anything said from you as I walk her out of the house.  Do you understand?

15  DG:     I understand. 34:06.189

16  NPO: Now, you don't live here and she indicated to me earlier that she wanted you to leave

17  and she wanted to go to bed so her wish is that you leave.  You need to leave immediately.

18  34.07.000

19  DG:  O.K. 34:15.089

20  UM: O.K.

21  NPO: The other thing is do you want to have me attempt to get you an emergency protective

22  order? 34:16.278

23  DG:     Hey, I want to talk to you guys like I'm your friend, but I know you're doing your job.

24  It's just like I'm .. 34:31.6

25  NPO: It's kinda out of my hands. 34:31.673

26  DG:     I understand that. 34:33.510

27  JH:     It's a state mandate deal. 34:34.302

28  DG:     Yeah, I been dealing with her for like a year and a half.  It's like .. 34:35.744

1   NPO: This isn't . .

2   DG:    It's my own fault. You know what I'm saying. I love the girl. I keep trying with her,

3   but where do you end? 34:38.709

4   NPO: Where are you living at?

5   JH:    Go back to bed.  34:43.908

6   DG:    She has these moments when she snaps and I don't know what to do. 34:45.137

7   NPO: So I'm gonna say that's a no on the protective order. I'm gonna get you a pamphlet.

8   We're gonna help you out, but we gotta do what we gotta do. You of all people should know

9   that. 34:49.756

10  DG:    I understand that. I'm embarrassed that you guys are even here. 34:57.949

11  JH:    I'm gonna tell you something for just a second brother. Nobody's trying to twist your

12  arm one way or the other.  35:01.679

13  LH:    I thought that you'd help me. 35:13.000 (Overlapping with below)

14  DG:    I ** what the right thing to do is, man. 35:13.000

15  JH:    The right thing to do? I'll tell you. 35:15.474

16  UM:    Lock it. 35:16.406

17  JH:    That's for you. 35:17.202

18  DG:    O.K. 35:18.458

19  JH:    Number one. Tell the truth 35:19.282

20  NPO: Is there somebody that you can call right now to come get you? 35:21.187

21  JH:    You got a little blood on you. 35:24.388

22  DG:    I hear you. Um, I can't.  35:26.000

23  NPO: Okay. 35:28.000

24  DG:    I can't . . 35:28.466

25  NPO: We need to do that right now. Get your cloths. 35:28.885

26  DG:    I am? 35:30.717

27  DG:    It's in my room. It's in *** 35:31.638

28  UM:    It's in his, it's in *** 35:33.163

Page 25

1  UM:   *** 35:33.163

2  UM:   Please, you don't have a firearm in there, do you?  ***35:35.324

3  DG:   I do not. 35:37.008

4  JH:    You kind of – you let this thing kind of spiral to where it is and we all make mistakes,

5  but because of where it is, the best thing you can do is tell the truth.  Cuz you tryin' to protect

6  somebody against their own actions.  If you did something wrong, you did something

7  wrong. 35:56.17

8  DG:   Correct. 35:56.264

9  JH:    I've been spanked for my own stupidity several times, but  35:56.581

10  DG:   I hear you. 35:58.456

11  JH:    But now trying to protect someone else, as far as it's gotten, could mean real bad

12  things for you. So honest, honesty… 36:00.331

13  DG:   It could be my, my whole life.  36:08.946

14  JH:    Yah, so honesty, like you said, 36:11.134

15  DG:   I'm not talkin' about honesty. 36:12.374

16  JH:    Life is huge for you right now, brother. 36:15.75

17  DG:   I understand, it's... 36:16.000

18  JH:    Trust me, talking like, talking like a friend, he's . . 36:17.362

19  UM:   *** 36:19.263

20  NPO:  So grab your phone, get out of *. 36:24.000

21  JH:    Whose phone is the red phone? Is that yours or hers? 36:26.000

22  DG:   Yah, that's hers. 36:27.203

23  JH:    O.K.  It's at the base of the stairs or somebody might have picked it up.  36:29.000

24  UM:   Is that you? 36.33.472

25  DG:   Let me call my partner.  I think he'll come and pick me up. 36:37.000

26  JH:    If you need, I'll give you a ride up to the hospital, or out to * or whatever.  *** 36:40.19(

27  JH:    Let them take off, else it's gonna cause at stink. 36:45.382

28

1  DG:    I'm embarrassed man.  I apologize that you guys even have to – this is my own fault to

2  even be in this situation.   36:48.651

3  UM:    *** 36:58.495

4  JH:    Four Fifty Six. 37:02.000

5  DG:    I'm gonna step outside *** 37:11.572

6  JH:    *** just a minute. 37:12.363

7  DG:    I just want to make sure the cell phone works.  It's not getting signal. 37:13.458

8  JH:    Who are you trying to call?  Some friend of yours? 37:16.602

9  DG:    I'm just tryin' to call a friend of mine. 37:18.308

10  JH:    One of the guys that works out there? 37:19.530

11  DG:    Yeah, he's off now, but 37.21.272

12  JH:    What's his number?  37:22.637

13  DG:    He'll probably come out for me. 37:23.446

14  JH:    Has it got service here? 37:25.000

15  DG:    I don't know. 37:26.392

16  NPO:  Do you mind driving up there? 37:28.188

17  JH:    * I'll take him out.   37:30.901

18  NPO:  Yeah, okay. 37:32.000

19  DG:    To Vacaville? 37:33.000

20  NPO:  No, no, no.  To – I think you have a buddy. 37:34.000

21  JH:    I'll take you out to *** SO or something.  37:36.218

22  DG:    No, *. 37:36.721

23  JH:    You don't want to go there. 37:38.140

24  DG:    I'm embarrassed, man. 37:38.319

25  NPO:  Yeah, I understand. 37:39.578

26  UM:    *** 37:40.601

27  JH:    Can he hook up at Red Top or something and I'll just take you out to Red Top?

28  37:42.000

1   DG:   Can you imagine right now, I mean, asking him to meet me somewhere else. 27:45.373

2   JH:   I know, but, no, what I'm saying is, maybe he can meet you at Red Top.  I'll drive you

3   to Red Top and we'll meet.  37:49.267

4   DG:   O.K. 37:54.344

5   (Radio traffic) 37:55.116

6   JH:   So that we can get you outta here and not in a position where you're driving.

7   37:57.742

8   JH:   It's gonna cost you 50 bucks for the taxi cab ride, though.  I'm kidding.  I'm kidding.

9   38:03.247

10   JH:   They'll look at it like we're a two man unit.  38:10.669

11   DG:   I decided to *** 38:12.417

12   JH:   See the tan and green.  38:13.500

13   DG:   Yeah, put my uniform on real quick.  38:14.500

14   JH:   Just let me call. What's his number? 38:24.000

15   NPO:  Yeh, we gotta… 38:26.405

16   JH:   We gotta move.  What's the number? 38:27.176

17   DG:   I hear ya, 280-1585. 38:27.744

18   JH:   Do you care if I talk to him? 38:33.419

19   DG:   No.  Go ahead. 38:34.658

20   JH:   What's his name? 38:35.572

21   DG:   Just tell him the situ – Demetrius.  Just tell him the situation.  38:35.694

22   UM:   It's okay. 38:39.634

23   JH:   And he lives in Vacaville?  38:43.105

24   DG:   I'm sorry.  38:45.212

25   JH:   He lives in Vacaville? 38:45.739

26   DG:   Uh, Fairfield.  38:46.698

27   JH:   Got a voicemail.  39:15.000

28   DG:   Message? 39:21.449

1   JH:   Want me leave it or no? 39:22.517

2   DG:   No. I don't think it'll ***. I'll get somebody out here. I could call my sister. 39:23.585

3   JH:   Where is she from? 39:31.454

4   DG:   Concord. She's not there, though. She's, I'll get somebody closer.  39:32.656

5   JH:   How about this? How about I run you down to Denny's. Ah, shoot, I can't leave you

6   like that.  39:38.407

7   DG:   I got a cover.  39:44.000

8   NPO:  Put that stuff in your car.  39:45,747

9   DG:   I got... 39:47.590

10  JH:   Do you have other clothes?  39:48.000

11  DG:   Not really. 39:50.259

12  JH:   Just put your boots on and grab your jacket, your shirt, and we'll work – we'll work it

13  out. 39:50.768

14  DG:   *** O.K.  39:52.992

15  JH:   We'll work, we'll work it out... 39:52.992

16  DG:   O.K. No problem.

17  JH:   We'll work it out, Let's go. 39:54.000

18  NPO:  Hope this works.  39:55.500

19  NPO:  Teamwork. 39:58.777

20  JH:   You got kids, but ya gonna work.  [singing?]   40:02.415

21  UM:   God damn-it. 40:16.199

22  DG:   It's gonna all fall.  40:28.493

23  UM:   Now, this is me.  40:36.543

24  JH:   There's the * 40:40.717

25  NPO:  You have any other belongings here other than what you have. In the room –

26  nothing?   40:45.7

27  DG:   *** 40:46.378

28  NPO:  O.K.  40:48.000

1   DG:    Didn't see a shirt? 40.50.000 ***

2   NPO:   *** 40:52.079

3   UM:    Sorry, people. 40:53.420

4   NPO:   Right now. 40:54.779

5   JH:    (Laughs) 40:56.000

6   UM:    You're not a formal. 40:59.164

7   UM:    I took some * 41:02.213

8   DG:    That's mine. 31:06.714

9   JH:    You thought it was easy before now.  It's too much *** 41:12.000

10  NPO:   Yeah. 41:14.621

11  NPO:   * can I have his card? 41:15.249

12  UM:    O.K. 41:17.590

13  JH:    O.K.  That was easy. Now it's going.  So you want him before?   41:18.040

14  NPO:   Oh, yeah, I want to take her out to the car. 41:21.184

15  JH:    O.K.  41:23.290

16  NPO:   Do you *? 41;23.252

17  JH:    Yeah.  Just scoot. 41:24.502

18  NPO:   What's that? 41:26.619

19  UM:    Do it out there.  *** 41:27.602

20  UM:    Yes I did. 41:29.847

21  NPO:   This is how it works.  41:32.666

22  UM:    What you said. 41:33.495

23  JH:    I wouldn't let him wear you out. 41:34.426

24  JH:    I think you can take him.  41:38.201

25  JH:    ***, rank can go for the knees, yeah.  41:41.110

26  UM:    *** (overlapping with above)

27  NPO:   That's it then.  41:43.000

28  JH:    See ya.  41:45.500

1   JH:    So you got a car here?  41:50.441

2   DG:    Yeah.  Around the corner. 41:51.761

3   JH:    O.K. 41:53.621

4   JH:    I got to ask, why around the corner? 41:58.071

5   DG:    Good question. 41:59.625

6   JH:    Are you being sneaky? 42:01.150

7   DG:    Drunk, a little bit. 42:01.898

8   JH:    Yeah? 42:03.16

9   DG:    I guess. 42:03.500

10  JH:    What's the deal with that? 42.04.679

11  DG:    She has her. . 42:05.609

12  JH:    She has a boyfriend?  42:06.338

13  DG:    She doing ** – it's a situation that I knew I shoulda got out of and I didn't. 42:07.000

14  JH:    O.K. 42:14.950

15  DG:    And I didn't.  Just like when she showed up at my house last week.  I'm more

16  forgiving and I'm more – and she's cut throat. 42:15.871

17  JH:    How much alcohol have downed tonight, roughly?  42:24

18  DG:    Probably five beers. 42:27.567

19  JH:    O.K.  In what period of time you think? 42:29.584

20  DG:    Hour and a half, two hours.  42:31.530

21  JH:    So you're feeling it right now? 42:35.634

22  DG:    Yeah. 42:36.708

23  JH:    O.K.  I'm just trying to figure out if you're safe to sit at Denny's or if – if we can get a

24  hold of somebody, I'll meet 'em, reasonable, reasonable half way or something.   42:37.284

25  DG:    That's cool.  I mean.. 42:44.500

26  JH:    But if not. 42:46.162

27  DG:    I don't want to walk in like this ***42.46.412

28  JH:    No, no, no.  that's what I'm talking about.  I don't want you to.   42:47.400

1  DG:   O.K.  That's the case, right?  We're trying to get somebody to –  I know, case number...

2  42:50.152

3  JH:   Right.   42:55.878

4  (Radio traffic) 42:55.878

5  DG:   O.K. 42:57.000

6  DG:   I appreciate it.  Can you guys just give me a little . . .  42:59.071

7  JH:   Let me sum this up for you.  43:00.472

8  DG:   Please. 43:02.000

9  JH:   You ,know, you know what you need to do?  43:02.564

10  DG:   That I didn't give a lot.  43:04.069

11  JH:   ***  (scratching sounds) 43:05.586

12  UM:   ***  (scratching sounds continue) 43:07.911

13  UM:   This is crazy. 43:11.649

14  DG:   ...thing that's so weird  I'm just saying this craziness . . 43:12.644

15  JH:   Are you willing – is she with your kids?  43:16.624

16  DG:   Not any more. 43:19.098

17  JH:   She never was. 43:21.059

18  DG:   We have.  Yes.  43:22.119

19  JH:   With your kids?  43:23.085

20  DG:   Yes. 43:23.886

21  JH:   Come on.  ** Let's go, bro.  And I'm not being judgmental.  I'm just – I hate . . 43:24.253

22  DG:   ***  (overlapping with above speech)

23  DG:   Oh, no, hey.  If I need a lecture, I need a fuckin' lecture.  I need somebody to set me

24  straight in my head. 43:29.727

25  JH:   O.K.  Who can we call, br*?  43:35.380

26  DG:   I keep making the wrong fucking decisions. 43.36.180

27  (Dispatcher)  Napa 0-2-0-3, 10-6. 43:38.892

28  JH:   I'm gonna – let me move some of my stuff around, and...   43:43:000

1   (Dispatcher)

2   JH:     If you keep working on getting somebody to meet us.

3   (Radio traffic) 43:47.653

4   UM:   *** (overlapping with above radio traffic) 43:47.653

5   JH:     Go ahead and have a seat.  We'll get rolling. 44:20.500

6   (Radio traffic) 44:25.655

7   UM:   Twelve with none. **** 44:30.000

8   (End of Recording) 44:50