1 | Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
2 | Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@meyersnave.com
3 | MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
4 | Oakland, CA  94607
Telephone: (510) 808-2000
5 | Facsimile: (510) 444-1108

6 | Attorneys for Defendant
COUNTY OF NAPA DEPUTY SHERIFF JOHN HALLMAN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LUZ HERNANDEZ, | Case No: C 09-02782 EDL |
|---|---|
| Plaintiff, | |
| v. | **SUPPLEMENTAL DECLARATION OF KEVIN E. GILBERT IN SUPPORT OF DEFENDANT COUNTY OF NAPA DEPUTY JOHN HALLMAN'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| CITY OF NAPA, a municipal corporation; RICHARD MELTON, in his capacity as Chief of Police for the CITY OF NAPA; OFFICER GARTH BENDER, individually and in his capacity as a police officer for the CITY OF NAPA; OFFICER RYAN COLE, individually and in his capacity as a police officer for the CITY OF NAPA; OFFICER RYAN HIBBS, individually and in his capacity as a police officer for the CITY OF NAPA; DONALD GREEN, individually and acting as a co-conspirator in conjunction with Defendant Police Officers for the CITY OF NAPA; JOHN HALLMAN, individually and in his capacity as a Deputy Sheriff for the COUNTY OF NAPA; and DOES 1-30, | |
| | DATE:   August 31, 2010
TIME:    9:00 a.m.
DEPT:    Courtroom E, 15th Floor
JUDGE:   Honorable Elizabeth D. Laporte |
| Defendants. | |

1    I, Kevin E. Gilbert, if called upon to testify will competently testify as follows:

2    1.   I am an attorney at law with the law firm of Meyers, Nave, Riback, Silver & Wilson, attorneys of record for Defendant County of Napa Deputy Sheriff John Hallman in the above-referenced matter.  I have personal knowledge of the matters testified to herein below.

2.   Pursuant to the Court's authorization from the August 31, 2010 hearing on Deputy Hallman's Motion for Summary Judgment, Deputy Hallman hereby submits true and correct copies of the relevant documents containing Plaintiff's statements under oath regarding the incident giving rise to this litigation.

3.   Attached hereto as Exhibit A is a true and correct copy of the Request for Order, including Plaintiff's handwritten statement submitted under penalty of perjury wherein Plaintiff stated "I chose not to say too much…I did not describe the physical altercation." (Pages 8-9 of Exhibit A, the relevant portions of which are underlined.)

4.   Attached hereto as Exhibit B is a true and correct copy of excerpts of Plaintiff Hernandez's sworn testimony from the May 1, 2008 hearing in the Napa Superior Court wherein Plaintiff testified "They [the police] separated us.  Mostly they were talking to him and I was in my room and they kept going back and forth.  What arm?  What happened?  I got really scared and I wasn't saying anything.  I was really quiet.  I said 'nothing' … And they kept asking me.  I said 'nothing.'" (Transcript at 26:18-25.)  Also significant is that Plaintiff was represented in that proceeding and being questioned by Tim Pori, Esq., the same attorney representing her in this litigation.  A true and correct copy of the full transcript of that hearing is attached hereto as Exhibit C for the Court's reference.

I declare under penalty of perjury that the foregoing is true and correct.  This Declaration is executed this 2nd day of September, 2010 in Oakland, California.

                    /s/    Kevin E. Gilbert
                    Kevin E. Gilbert

1507405_1.DOC

1