Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA  94559
Telephone:  (707) 257-9516
Fax:  (707) 257-9274

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:      (415) 353-0990

Attorneys for Defendants CITY OF NAPA, POLICE CHIEF RICHARD MELTON
And OFFICER GARTH BENDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ,<br><br>             Plaintiff,<br>    vs.<br><br>CITY OF NAPA, et al.,<br><br>             Defendants. | Case No.:   C09-2782 EDL<br><br>**DECLARATION OF GREGORY M. FOX IN SUPPORT OF DEFENDANTS CITY OF NAPA, RICHARD MELTON AND GARTH BENDER'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:   January 4, 2011<br>Time:  9:00 a.m.<br>Courtroom E, 15th Floor<br>Magistrate Judge Elizabeth D. Laporte |

I, Gregory M. Fox, declare as follows:

1. I am an attorney at law duly licensed to practice law before the courts in the State of California, and I am a partner in the law firm of Bertrand, Fox & Elliot, attorneys of record for Defendants CITY OF NAPA, POLICE CHIEF RICHARD MELTON and OFFICER GARTH BENDER in the above-captioned matter.  As such, I have personal knowledge of the facts and circumstances surrounding this matter and could, if called, competently testify thereto.

1

DECLARATION OF GREGORY M. FOX IN SUPPORT OF CITY DEFENDANTS
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

2.      Attached hereto as Exhibit A is a true and correct copy of plaintiff's one-page "Napa Police Department Witness Statement," Exhibit 5 to the deposition of plaintiff Luz Hernandez, whose deposition was taken on May 19, 2010.

3.      Attached hereto as Exhibit B are true and correct copies of photographs of plaintiff Luz Hernandez, which were part of Exhibit 4 to the deposition of plaintiff Luz Hernandez, whose deposition was taken on May 19, 2010.

4.       Attached hereto as Exhibit C are true and correct copies of photographs of Donald Allen Green, which were part of Exhibit 4 to the deposition of plaintiff Luz Hernandez, whose deposition was taken on May 19, 2010.

5.      Attached hereto as Exhibit D is a true and correct copy of plaintiff's three-page "Napa Police Department Witness Statement," Exhibit 6 to the deposition of plaintiff Luz Hernandez, whose deposition was taken on May 19, 2010.

6.      Attached hereto as Exhibit E is a true and correct copy of plaintiff's "DV-100 Request For Order," Exhibit 7 to the deposition of plaintiff Luz Hernandez, whose deposition was taken on May 19, 2010.

7.      Attached hereto as Exhibit F is a true and correct copy of the relevant portions of "Reporter's Transcript of Proceedings Had at Time of Hearing," which were part of Exhibit 8 to the deposition of plaintiff Luz Hernandez, whose deposition was taken on May 19, 2010.

8.      Attached hereto as Exhibit G is a true and correct copy of "Napa Police Department General Order 91-12," Exhibit 12 to the deposition of Garth Bender, whose deposition was taken on July 14, 2010.

9.      Attached hereto as Exhibit H is a true and correct copy of pertinent portions of the deposition of plaintiff Luz Hernandez, whose deposition was taken on May 19, 2010.

10.     Attached hereto as Exhibit I is a true and correct copy of pertinent portions of the deposition of Garth Bender, whose deposition was taken on July 14, 2010.

11.     Attached hereto as Exhibit J is a true and correct copy of pertinent portions of the deposition of John Hallman, whose deposition was taken on May 20, 2010.

I declare under penalty of perjury under the laws of the State of California that the foregoing

is true and correct.

Executed this 12th day of November, 2010 at San Francisco, California.

                                                                   /s/
                                        Gregory M. Fox

3

DECLARATION OF GREGORY M. FOX IN SUPPORT OF CITY DEFENDANTS
MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT