```
 1  Michael W. Barrett, City Attorney, State Bar No. 155968
    David C. Jones, Deputy City Attorney, State Bar No. 129881
 2  NAPA CITY ATTORNEY'S OFFICE
    CITY OF NAPA
 3  P.O. Box 660
    955 School Street
 4  Napa, CA  94559
    Telephone:  (707) 257-9516
 5  Fax:  (707) 257-9274

 6  Gregory M. Fox, State Bar No. 070876
    BERTRAND, FOX & ELLIOT
 7  The Waterfront Building
    2749 Hyde Street
 8  San Francisco, California 94109
    Telephone:     (415) 353-0999
 9  Facsimile:      (415) 353-0990

10  Attorneys for Defendants CITY OF NAPA, POLICE CHIEF RICHARD MELTON
    And OFFICER GARTH BENDER
11
                           UNITED STATES DISTRICT COURT
12
                          NORTHERN DISTRICT OF CALIFORNIA
13

14  LUZ HERNANDEZ,                          Case No.:   C09-2782 EDL

15                Plaintiff,                STIPULATION AND [PROPOSED] ORDER
          vs.                               CONTINUING THE HEARING DATE FOR
16                                          DEFENDANTS CITY OF NAPA, POLICE
    CITY OF NAPA, et al.,                   CHIEF RICHARD MELTON And OFFICER
17                                          GARTH BENDER'S MOTION FOR
                  Defendants.               SUMMARY JUDGMENT, JOINDER BY
18                                          DEFENDANT HALLMAN and RELATED
                                            DISCOVERY, PRETRIAL and TRIAL
19                                          MATTERS  AS MODIFIED
20
```

21       Following the July 20th hearing on the City of Napa's Motion to Birfurcate Monell Discovery

22  and Trial, and Plaintiff's Discovery Motion to Compel, it was ordered by the Court that the parties

23  meet and confer on a cooperative discovery plan including Monell discovery and plaintiff's damages

24  claims.  The parties agreed on a cooperative discovery plan and discovery has continued based on

25  that cooperative agreement.  The parties continue to meet and confer on completion of this fact

26  discovery.   In addition the parties have been working with the Deputy Attorney General of the State

27  of California representing plaintiff's employer Napa State Hospital on production of plaintiff's

28  personnel file and documents relevant to her wage loss claims. This discovery has not been

---

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MSJ

completed but the parties are cooperating and depositions of Napa State Hospital persons most knowledgeable may be necessary. Additionally, Mr. Fox, counsel for defendants in the above captioned matter, completed on November 9, 2010 a jury trial in Alameda County Superior Court, Department 607, Fremont, California that commenced October 1, 2010 (in recess October 13 through October 15) (*Dunn v. City of Fremont,* Case No. RG08415820). Plaintiff's counsel has also been involved in three criminal trials during this time period and was out of the state during early November, 2010.

Because necessary critical fact discovery, including Monell discovery, has not been completed all of the parties have agreed and HEREBY STIPULATE, through their respective undersigned attorneys of record, that the date for the hearing on the defendants CITY OF NAPA, POLICE CHIEF RICHARD MELTON And OFFICER GARTH BENDER's Motion for Summary Judgment, and the joinder in the Motion by Defendant Hallman, be continued from November 16, 2010 to January 25, 2011 (or that date convenient for the Court) The parties continue to cooperate on discovery matters, including fact witness depositions and related matters, but need additional time to complete this discovery. An extension of the discovery schedule as it pertains only to plaintiff and the City of Napa defendants, including expert discovery and related discovery practice, will allow the plaintiff and City of Napa defendants time to complete the outstanding discovery, prepare their experts, make expert disclosure and complete the briefing on the City's motion for summary judgment on terms that are fair and reasonable to both sides. It is the position of defendant Hallman that discovery and expert discovery as it pertains to plaintiff and defendant Hallman is closed. This revised schedule also changes the pretrial conference and trial dates to allow sufficient time between the hearing on MSJ and pretrial conference date. In the alternative the parties ask for a trial setting conference at the conclusion of the hearing on the MSJ.

The parties therefore agree and stipulate to the following schedule and, if the Summary Judgment hearing date is convenient for the Court, for an Order granting the stipulation be entered:

**November 12, 2010**      Last day to efile Motion for Summary Judgment

**January 4, 2011**      Last day to efile Opposition to Motion for Summary Judgment

| | | |
|---|---|---|
| 1 | **January 11, 2011** | Last day to efile Reply in support of Motion for Summary Judgment |
| 2 | | |
| 3 | **January 25, 2011** | Hearing date of defendants' Motion for Summary Judgment |
| 4 | **January 28, 2011** | Expert Disclosure between plaintiff and Napa defendants. |
| 5 | **February 25, 2011** | Close of Expert disclosure between plaintiff and Napa defendants. |
| 6 | **March 29, 2010** | **Pretrial Conference** |
| 7 | | |
| 8 | ~~April 11, 2011~~ <br> **APRIL 18, 2011** | **Trial** (at the court's convenience) |

Plaintiff also dismisses with prejudice her claims of unreasonable force during her handcuffing against all defendants.

So Stipulated.

Dated: December 2, 2010            LAW OFFICES OF TIM A. PORI

                                   By: _____/s/_____
                                       TIM A. PORI
                                       Attorneys for Plaintiff LUZ HERNANDEZ

Dated: December 2, 2010            MEYERS NAVE RIBACK SILVER & WILSON

                                   By: _____/s/_____
                                       KEVIN E. GILBERT
                                       Attorneys for Defendant JOHN HALLMAN

Dated: December 2, 2010            BERTRAND, FOX & ELLIOT

                                   By: _____/s/_____
                                       GREGORY M. FOX
                                       Attorneys for Defendants
                                       CITY OF NAPA, RICHARD MELTON, and
                                       GARTH BENDER

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: _December 2, 2010                             /s/
                                              Gregory M. Fox

**ORDER**

Good cause appearing,

THE STIPULATION IS SO ORDERED

Dated: __December __6__, 2010        _Elizabeth D. Laporte_____
                                              Honorable Elizabeth D. Laporte
                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MSJ