Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA  94559
Telephone:  (707) 257-9516
Fax:  (707) 257-9274

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:       (415) 353-0990

Attorneys for Defendants CITY OF NAPA, POLICE CHIEF RICHARD MELTON
And OFFICER GARTH BENDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ,<br><br>             Plaintiff,<br>    vs.<br><br>CITY OF NAPA, et al.,<br><br>             Defendants. | Case No.:   C09-2782 EDL<br><br>**STIPULATION BY PLAINTIFF AND DEFENDANTS CITY OF NAPA, POLICE CHIEF MELTON AND OFFICER BENDER'S  RE:  APPLICATION FOR AN ORDER ALLOWING IN CAMERA REVIEW OF TWO IA FILES TO DETERINE RELEVANCE AND POSSIBLE DISCSLOSURE UNDER THE PROTECTIVE ORDER  IN THIS CASE** |

Plaintiff, acting by and through her attorney Tim Port,  and  defendants CITY OF NAPA, POLICE CHIEF RICHARD MELTON And OFFICER GARTH BENDER, acting by and through their attorney Greg Fox  respectfully hereby stipulate for an Order for an in camera inspection of the following two Internal Affairs files which were filed pursuant to the parties Administrative Motion to File under Seal:  Unredacted Copies of City of Napa Police Department's Citizens Complaints Nos. 93-13 and 09-02.

The parties have met and conferred and agreed that defendants should search for any citizen

1

complaint involving any officers including the defendant officer and all witness officers who were present at plaintiff's residence either on the date of the April incident that forms the basis for her lawsuit and/or during another incident in January of the same year preceding the date of the incident. Following a search of department records the above cited two citizens complaints and related IA investigations are produced for an in camera inspection by the Court to determine if any or all of the subject confidential documents should be produced under the protective order that is in effect in this case. The documents contain a detailed account of investigations by the Napa Police Department's and give the names of the various police officers, complainants and witnesses involved in these investigations.

The parties respectfully request that the Court conduct an in camera review and decide what if any documents should be produced under the terms of the protective order based on plaintiff's claims she was falsely arrested because of a conspiracy between defendants.

Respectfully submitted.

Dated: December 7, 2010         LAW OFFICES OF TIM A. PORI


                                By: _____/s/_____
                                    TIM A. PORI
                                    Attorney for Plaintiff

Dated: December 7, 2010         BERTRAND, FOX & ELLIOT


                                By: _____/s/_____
                                    Gregory M. Fox
                                    Attorneys for Defendants
                                    CITY OF NAPA, POLICE CHIEF RICHARD
                                    MELTON and OFFICER GARTH BENDER

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: _December 7, 2010              _____/s/_____
                                          Gregory M. Fox

STIPULATION FOR AN ORDER RE IN CAMERA REVIEW OF CITIZENS' COMPLAINTS NOS. 93-13 AND 09-02

**ORDER**

Good Cause Appearing the Stipulation is So Ordered.

Dated: December 8, 2010

_____
UNITED STATES MAGISTRATE JUDGE