IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ, | No. C-09-02782 EDL |
| Plaintiff, | **ORDER REGARDING MOTION TO STRIKE AND MOTION TO CHANGE TIME** |
| v. | |
| CITY OF NAPA, et al., | |
| Defendants. | |

  In connection with a pending motion for summary judgment currently set to be heard on February 15, 2011, the City Defendants filed a 77-page document containing 160 "objections to evidence" along with their reply. On January 18, 2011, Plaintiff filed a motion to strike the objections for violation of Local Rule 7-3(c), which requires that "evidentiary and procedural objections to the opposition must be contained within the [15 page] reply brief or memorandum." Plaintiff's motion to strike alternatively requested that she be allowed to file a 75-page reply to the objections to evidence. Plaintiff also filed a motion requesting that the motion to strike be heard on shortened time. The Court finds good cause for hearing the motion to strike on shortened time, and will hear the motion to strike concurrently with the motion for summary judgment set for February 15, 2011 at 4:15 p.m.

  Also on January 18, 2011, Plaintiff filed a 61-page reply to the City Defendants' objections to evidence. Though this brief is also in violation of Local Rule 7-3 in that the Court did not give prior

permission for the post-reply filing, the Court will consider it in connection with the motion to strike and/or in ruling on the voluminous evidentiary objections. Therefore, the parties' stipulated request to allow Plaintiff until January 18, 2011 to file a response to the objections is moot.

The Court admonishes both parties to carefully review and abide by all applicable local rules going forward. No further briefing shall be allowed, except that Defendants may file an opposition to Plaintiff's motion to strike by no later than January 25, 2011.

**IT IS SO ORDERED.**

Dated: January 19, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge