Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA  94559
Telephone:  (707) 257-9516
Fax:  (707) 257-9274

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:      (415) 353-0990

Attorneys for Defendants CITY OF NAPA,
POLICE CHIEF RICHARD MELTON And OFFICER GARTH BENDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ,<br><br>              Plaintiff,<br>     vs.<br><br>CITY OF NAPA, et al.,<br><br>              Defendants. | Case No.:   C09-2782 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR DEFENDANTS CITY OF NAPA, POLICE CHIEF RICHARD MELTON, OFFICER GARTH BENDER'S AND PLAINTIFF'S EXPERT DISCLOSURE** |

   IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned attorneys of record as follows.    Currently the parties are scheduled to disclose experts on January 28, 2011, disclosure of rebuttal experts two weeks later and complete expert discovery by February 25, 2011.  The parties herein stipulate that expert disclosure and discovery be continued as follows:

   **February 11, 2011**    **Expert Disclosure between plaintiff and Napa defendants**

   **February 25, 2011**    **Rebuttal Expert Disclosures**

   **March 25, 2011**       **Close of Expert Disclosure between plaintiff and Napa defendants**

   Good cause exists for this continuance in that Gregory Fox, attorney for Napa City Defendants, is continuing a jury trial in Alameda County Superior Court, Department 520, Hayward,

1  California that commenced January 4, 2011 and is expected to be completed by January 28, 2011.
2  (*Allstate v. City of Fremont,* Case No. FG07359350.) Because of this pending jury trial the parties
3  have already agreed, and the Court has ordered, the hearing on defendants' Motion for Summary
4  Judgment continued to Tuesday, February 15, 2011.   The plaintiff and the Napa defendants have
5  agreed upon the above referenced dates for continuing expert disclosure and discovery. So Stipulated:

Dated: January 21, 2011              LAW OFFICES OF TIM A. PORI

                                     By:  /s/
                                     TIM A. PORI
                                     Attorneys for Plaintiff LUZ HERNANDEZ

Dated: January 21. 2011              BERTRAND, FOX & ELLIOT

                                     By:  /s/
                                     GREGORY M. FOX
                                     Attorneys for Defendants
                                     CITY OF NAPA, RICHARD MELTON, and
                                     GARTH BENDER

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: January 21, 2011                  /s/
                                     Gregory M. Fox

**ORDER**

Good cause appearing, THE STIPULATION IS SO ORDERED.

Dated: January _25_ , 2011           _____
                                     Honorable Elizabeth D. Laporte
                                     UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*