Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA  94559
Telephone:  (707) 257-9516
Fax:  (707) 257-9274

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:      (415) 353-0990

Attorneys for Defendants CITY OF NAPA, POLICE CHIEF RICHARD MELTON
And OFFICER GARTH BENDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ,<br><br>              Plaintiff,<br>    vs.<br><br>CITY OF NAPA, et al.,<br><br>              Defendants. | Case No.:   C09-2782 EDL<br><br>**SUPPLEMENTAL DECLARATION OF GREGORY M. FOX IN SUPPORT OF DEFENDANTS CITY OF NAPA, RICHARD MELTON AND GARTH BENDER'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:    February 15, 2011<br>Time:   9:00 a.m.<br>Courtroom E, 15th Floor<br>Magistrate Judge Elizabeth D. Laporte |

I, Gregory M. Fox, declare as follows:

1.     I am an attorney at law duly licensed to practice law before the courts in the State of California, and I am a partner in the law firm of Bertrand, Fox & Elliot, attorneys of record for Defendants CITY OF NAPA, POLICE CHIEF RICHARD MELTON and OFFICER GARTH BENDER in the above-captioned matter.  As such, I have personal knowledge of the facts and

1

1 circumstances surrounding this matter and could, if called, competently testify thereto.

2. Attached hereto as Exhibit 1. is a true and correct copy of Officer Bender's Arrest Complaint Form for Donald Green requesting criminal prosecution of Donald Green dated April 4, 2008.  Bate stamped NAP 000179.

3. Attached hereto as Exhibit 2 are true and correct copies Napa Police Department records documenting an incident involving one Adelina Gomes complaining that she was involved in a verbal altercation with an off duty Alameda County sheriff Deputy named Tevlin and that she wanted his name so she could file a personnel complaint with Alameda County Sheriff's Office. All parties were HBD "had been drinking" and the incident happened at a public restaurant called Allegria on or about November 1, 2008.  Bate stamped document NAP 000235 and 200.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th Day of February 2011 at San Francisco, California.

/s/
Gregory M. Fox