Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA 94559
Telephone: (707) 257-9516
Fax: (707) 257-9274

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendants CITY OF NAPA, POLICE CHIEF RICHARD MELTON And OFFICER GARTH BENDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUZ HERNANDEZ,

Plaintiff,

vs.

CITY OF NAPA, et al.,

Defendants.

Case No.: C09-2782 EDL

**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING TRIAL SETTING CONFERENCE AND FILING DATE OF JOINT STATEMENT**

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned attorneys of record, that the trial setting conference presently scheduled for Tuesday April 5, 2011 be continued to Tuesday May 3, 2011 at ten am. The joint statement to be filed Tuesday April 26, 2011.

Good cause exists for this continuance as Gregory Fox, attorney for Napa City Defendants, is teaching at UC Davis on April 5 and will be out of state the entire week of April 18th ; counsel for defendant Hallman is unavailable April 21st through the 28th and counsel for the plaintiff is unavailable for the next several weeks because of a serious personal family medical leave matter. All counsel have agreed that May 3 is mutually convenient for the trial setting conference and the

parties will meet and confer on a trial date, pretrial schedule and related matters as requested by the Court in her Order dated March 21, 2011 [Docket Number 173]. If May 3 is convenient for the Court the parties herein stipulate and request an Order continuing the Trial Setting Conference to Tuesday May 3, 2011 at ten am and a joint statement to be filed Tuesday April 26, 2011.

So Stipulated:

Dated: March 29, 2011

LAW OFFICES OF TIM A. PORI

By: /s/
TIM A. PORI
Attorneys for Plaintiff LUZ HERNANDEZ

Dated: March 29, 2011

BERTRAND, FOX & ELLIOT

By: /s/
GREGORY M. FOX
Attorneys for Defendants
CITY OF NAPA, RICHARD MELTON, and GARTH BENDER

Dated: March 29, 2011

MEYERS NAVE RIBACK SILVER & WILSON

By: /s/
KEVIN E. GILBERT
Attorneys for Defendant JOHN HALLMAN

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: _March 29, 2011

/s/
Gregory M. Fox

**ORDER**

Good cause appearing, THE STIPULATION IS SO ORDERED. The trial setting conference is continued from April 5, 2011 to May 3, 2011 at ten am. A joint statement to be filed April 26, 2011.

Dated: __March _31__, 2011 ______________________________




Honora[illegible]te
UNITED [illegible] ATE JUDGE