United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUZ HERNANDEZ,

    Plaintiff,

v.

CITY OF NAPA, et al,

    Defendant(s).

No. C 09-2782 EDL

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the above captioned case is referred to a United States Magistrate Judge for  Settlement Conference . Counsel will be advised of the date, time and place of the settlement conference by notice from Magistrate Judge chambers.

Date: April 8, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE