Michael W. Barrett, City Attorney, State Bar No. 155968
David C. Jones, Deputy City Attorney, State Bar No. 129881
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA  94559
Telephone:  (707) 257-9516
Fax:  (707) 257-9274

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:      (415) 353-0999
Facsimile:       (415) 353-0990

Attorneys for Defendants CITY OF NAPA, POLICE CHIEF RICHARD MELTON
And OFFICER GARTH BENDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ,<br><br>          Plaintiff,<br>     vs.<br><br>CITY OF NAPA, et al.,<br><br>          Defendants. | Case No.:   C09-2782 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING  CASE MANAGEMENT CONFERENCE**<br><br><u>AS MODIFIED</u> |

    IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned attorneys of record, that the Case Management Conference presently scheduled for Tuesday, May 3, 2011 be continued to Tuesday, July 5, 2011 at 10:00 a.m.   The joint statement shall be filed Tuesday, June 28, 2011.

     Good cause exists for this continuance as the Court has set a Settlement Conference before Magistrate Judge Edward M. Chen for June 20, 2011 and the parties agree that the next Case Management Conference should occur after the settlement conference is completed. All counsel have agreed that July 5 is a mutually convenient date.  If July 5 is convenient for the Court, the parties herein stipulate and request an Order continuing the Case Management Conference to July 5, 2011 at

1  10:00 a.m., with a joint statement be filed June 28, 2011.

2        So Stipulated:

3

4  Dated:  April 22, 2011                              LAW OFFICES OF TIM A. PORI

5

6                                                      By:   /s/
                                                            TIM A. PORI
7                                                           Attorneys for Plaintiff LUZ HERNANDEZ

8  Dated:  April 22, 2011                              BERTRAND, FOX & ELLIOT

9

10                                                     By:   /s/
                                                            GREGORY M. FOX
11                                                          Attorneys for Defendants
                                                            CITY OF NAPA, RICHARD MELTON, and
12                                                          GARTH BENDER

13

14 Dated:  April 22, 2011                              MEYERS NAVE RIBACK SILVER & WILSON

15

16                                                     By:   /s/
                                                            KEVIN E. GILBERT
17                                                          Attorneys for Defendant JOHN HALLMAN

18
                            **ATTORNEY ATTESTATION**
19
        I hereby attest that I have on file all holograph signatures for any signatures indicated by a
20
   conformed signature ("/s/") within this E-filed document.
21

22 Dated: _April 22, 2011                                    /s/
                                                            Gregory M. Fox
23

24

25

26

27

28

**ORDER**

Good cause appearing, THE STIPULATION IS SO ORDERED. The Case Mangement Conference is continued from May 3, 2011 to July 5, 2011 at ~~10:00 a.m~~. A joint statement shall be filed June 28, 2011.

2:00PM

Dated: 4/25/2011

Honorable Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE