555 12th Street, Suite 1500
Oakland, California 94607
tel 510.808.2000
fax 510.444.1108
www.meyersnave.com

Kevin E. Gilbert
*Attorney at Law*
kgilbert@meyersnave.com

# meyers | nave

June 8, 2011

**VIA HAND DELIVERY**

Judge Jacqueline Scott Corley
United States District Court
450 Golden Gate Avenue
Courtroom D, 15th Floor
San Francisco, CA 94102

Re: *Luz Hernandez v. City of Napa, et al.*
U.S. District Court, Northern District, Case No. C 09-02782 EDL (JSC)
Settlement Conference: June 22, 2011

Dear Judge Corley:

Our office represents Deputy John Hallman, one of the Defendants in the above-referenced matter. We would respectfully request Deputy Hallman be excused from personally attending the rescheduled Settlement Conference currently set for June 22, 2011. Deputy Hallman will instead be represented by Mr. Kerry Whitney, the Principal Management Analysis with the County of Napa, with Deputy Hallman to remain on telephone standby, if needed.

We have also requested counsel for Plaintiff and co-Defendants stipulate to Deputy Hallman's excusal. To date, counsel for the co-Defendants has agreed but no response has been received from Plaintiff's counsel.

Thank you for your consideration on this matter. Should you have any questions or concerns, please feel free to contact our office directly.

Very truly yours,

Kevin E. Gilbert

KEG:edl
c: Tim A. Pori, Esq. (via facsimile only)
   Anthony Prince, Esq. (via facsimile only)
   Gregory M. Fox, Esq. (via facsimile only)
   David C. Jones, Deputy City Attorney (via facsimile only)
1657542_1.DOC


GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

A PROFESSIONAL LAW CORPORATION   OAKLAND   LOS ANGELES   SACRAMENTO   SAN FRANCISCO   SANTA ROSA   FRESNO

Judge Jacqueline Scott Corley
June 8, 2011
Page 2

bc: Kerry John Whitney, Risk & Emergency Services Manager (via email only)
Elizabeth Miller, Branch Manager (via email only)