# EXHIBIT A

447 San Pietro Lane  
Lodi, California 95240

Telephone: (209) 369-6564  
E-mail: jfwilson269@msn.com

# CURRICULUM VITAE OF JAMES F. WILSON

## SUMMARY OF QUALIFICATIONS:

### Law Enforcement Oversight/Review:

Thoroughly familiar with current standards of law enforcement practices through daily review of department policies and practices, both on a consultative basis, and in conjunction with my handling of ongoing civil cases in my capacity as police legal advisor to and civil litigator on behalf of Sacramento Police Department and then Modesto Police Department, and my handling of law and motion matters in pending criminal cases arising out of investigations by those Departments.

Up to date on current standards of public safety internal investigation and disciplinary review through the performance of my current duties as a senior deputy city attorney for the City of Modesto.

Nineteen years experience as a law enforcement trainer and consultant on issues such as patrol procedures, the use of force, search and seizure, pursuit policies, civil liability awareness, disciplinary issues, and federal civil rights issues.

Seven years experience as a criminal defense and civil rights plaintiff's attorney, in which capacities I independently investigated criminal matters from the defense perspective, and civil matters from the plaintiff's perspective, evaluated police reports and evidence for completeness, credibility, and compliance with constitutional and legal standards, and put law enforcement's performance to the test in the civil and criminal courts.

Approximately four years of service as a member of the Board of Directors of Bay Area PoliceWatch, a public interest civil rights lawyer referral service for Northern California, which reviews potential "police misconduct" civil actions, and matches worthy cases with competent legal counsel.

Four years prosecutorial experience evaluating and filing (or rejecting) cases offered by law enforcement for criminal prosecution, in which capacity I evaluated police investigative packages for completeness, credibility, compliance with constitutional standards, and legal sufficiency.

Two years experience as a certified law clerk for Orange County District Attorney's Office litigating motions to suppress evidence, which turn on police compliance with constitutional standards during the search or seizure.



EXHIBIT A

**Law Enforcement Experience:**

Seven years experience as a California municipal police officer, in which capacity I worked in uniform patrol, interacting with members of the community on a one-to-one basis, and providing prophylactic anti-crime police presence, and post-incident investigative services.

Basic, Intermediate and Advanced P.O.S.T. Certificate Holder

Two years experience as a tactical officer and instructor at Orange County Peace Officers' Academy.

Three years experience as a prosecutor in Los Angeles County District Attorney's Hardcore Gang Division, in which capacity I vertically prosecuted violent felony crimes perpetrated by gang members, which involved ground-up participation in the investigation of gang-related homicide cases in conjunction with municipal and county homicide investigators, and the personal handling of the prosecution of each case through jury verdict in the trial court.

**Administrative Investigation and Review:**

Seven years experience participating in the review of officer-involved shootings in conjunction with departmental O.I.S. Review Boards.

Three years experience in reviewing and dealing with management's side in numerous disciplinary matters in my capacity as a senior deputy city attorney for the City of Sacramento, including many cases involving Sacramento Fire Department personnel.

Two years experience as an outside management consultant on police disciplinary matters.

One year administrative law experience specializing in police and fire discipline matters from the labor side, with additional labor law experience from the management side in my current assignment.

Three years experience as a member of the Board of Directors of the Huntington Beach Police Officers' Association, in which capacity I was tasked with evaluating disciplinary cases brought against member officers, counseling member officers, assisting in the preparation of the defense of pending disciplinary matters.

Four years experience as a summary court-martial officer in the U.S.M.C., which function required the conduct of an independent investigation of disciplinary charges brought against a Marine, the taking of evidence in a

court trial setting (at which the summary court officer acts as prosecutor, defense counsel, and court), the making of findings of fact, and the recommendation of the disposition of the case (including the level of discipline, if any, to be imposed) to the Commanding Officer.

### Criminal Litigation Experience:

#### Trial Courts:
Five years litigation experience as an L. A. County Deputy District Attorney, and seven years criminal defense work, during which I litigated a total of 25 misdemeanor jury trials, 11 general felony jury trials, and 15 murder trials (all of which I vertically prosecuted through jury trial in "Hardcore Gang Division," and 2 of which were multiple defendant "L.W.O.P." special circumstances murders); numerous court trials and juvenile adjudications; strong emphasis on Fourth Amendment law and motion work, particularly as a defense attorney.

#### Writs and Appeals:
Extensive criminal writs and appeals experience, including approximately 25 appeals, one of which resulted in a favorable published opinion in California's Third Appellate District, and numerous petitions for writs of mandate and prohibition.

### Civil Litigation Experience:

#### Trial Courts:
Approximately 20 years experience as a civil litigator (some of it overlapping with criminal defense practice) specializing in both the prosecution and the defense of "police misconduct" cases, including, among other things, excessive force, custodial death, false arrest, wrongful death, police pursuit, and federal civil rights cases. Nine state court civil jury trials, and five in federal court. Many cases involving complex civil rights issues successfully resolved at law and motion in both state and federal court.

#### Writs and Appeals:
Civil writs and appeals experience includes writing and arguing, or contributing to briefs in ten federal civil rights cases, and writing and arguing two state court appeals and four petitions for writ of mandate, one of which resulted in a favorable published opinion in California's Second Appellate District.

## EDUCATION:

B.A. in Social Sciences 1969, Villanova University, Villanova, Pennsylvania
**4 Year Academic Scholarship** - Naval R.O.T.C.

**J.D.** 1982, Western State University, Fullerton, California
    **American Jurisprudence Award**: Criminal Law
    **Law Review**: Two semesters
    **Dean's List**: Five Semesters
    **Certified Law Clerk**: Orange County District Attorney's Office, 1981-1982

## EMPLOYMENT HISTORY:

| | |
|---|---|
| July, 2010 to Present: | **J. F. Wilson Consulting**<br>447 San Pietro Lane<br>Lodi, California 95240 |
| Primary Duties: | Police Practices Consultant |
| Mar., 2007 to Present: | **Office of the City Attorney, City of Modesto**<br>1010 Tenth Street, Suite 6300<br>Modesto, California 95353 |
| Primary Duties: | Civil Litigation (emphasis on police-related matters); Police Legal Advisor; City Prosecutor |
| Aug., 2003 to Mar., 2007: | **Office of the City Attorney, City of Sacramento**<br>980 9th Street, 10th Floor<br>Sacramento, California 95814 |
| Primary Duties: | Civil Litigation (emphasis on police-related matters); Police Legal Advisor; City Prosecutor; Employment Law |
| Additional Duties: | Police Civil Liability Awareness Training |
| Feb., 1996 to Aug., 2003: | **Law Offices of James F. Wilson**<br>1040 West Kettleman Lane   &   1548 West Street<br>Lodi, Ca. 95240                 Redding, Ca. 96001 |
| Primary Duties: | Criminal Defense; Plaintiff's Civil Rights Litigation |
| Mar., 1995 to Feb., 1996: | **Office of the City Attorney, City of Stockton**<br>425 North El Dorado, 2nd Floor<br>Stockton, California 95202 |
| Primary Duties: | Civil Litigation (Specializing in "Police Misconduct" matters); Employment Law; General Municipal Liability |
| Additional Duties: | Legal Advisor to Fire Department; Back-up Legal Advisor to Police Department |
| Nov., 1993 to Mar., 1995: | **Law Office of James F. Wilson**<br>11001 East Valley Mall, Suite 200<br>El Monte, California 91731 |
| Primary Duties: | Civil Litigation (Specializing in defending "Police Misconduct" cases); Police Practices/Use of Force Consultant; City Prosecutor |
| Jan., 1989 to Nov., 1993: | **Cotkin, Collins & Franscell / Cotkin & Collins**<br>201 North Figueroa, Suite 1100<br>Los Angeles, California 90012 |
| Primary Duties: | Civil Litigation (Specializing in "Police Misconduct" cases); Police Use of Force Consultant |

| | |
|---|---|
| Jan., 1984 to Jan., 1989: | **Office of the Los Angeles County District Attorney** |
| | 210 West Temple Street |
| | Los Angeles, California 90012 |
| Primary Duty: | Criminal Prosecutor |
| Additional Duties: | In-House Training Lecturer; Police Training |
| 1983 | **Thistle & Krinsky** |
| | 110 West C Street, Suite 1904 |
| | San Diego, California |
| Primary Duties: | Police/Fire Labor Law Litigation |
| 1976 to 1983: | **Huntington Beach Police Department** |
| Primary Duties: | Police Officer - Uniform Patrol |
| Additional Duties: | O. C. Peace Officer's Academy Tactical Officer |
| Awards: | Basic, Intermediate, and Advanced P.O.S.T. Certificates |
| | Medal of Valor - 1978 |
| 1969 to 1976: | **United States Marine Corps** |
| Highest Rank: | Captain |
| Primary Duties: | Tactical Fighter Pilot/Rifleman |
| Additional Duties: | Instructor Pilot; Summary Court-Martial Officer |

## ADMITTED TO PRACTICE:

California State Courts - December, 1982
U.S.D.C. Central District of California - January, 1989
U.S.D.C. Southern District of California - Oct., 1993
U.S.D.C. Eastern District of California - March, 1995
U.S.D.C. Northern District of California - June, 1996
U.S.C.A. Ninth Circuit - September, 1996

## PROFESSIONAL MEMBERSHIPS:

American Bar Association         California Bar Association
Orange County Bar Association    Los Angeles County Bar Association

## PUBLISHED WORKS:

Cotkin & Collins *Legal Update - Special Edition*, January, 1993: "Police Pursuit Policies"

*The Police Chief* Magazine, July, 1993: "Police Pursuits: Establishing Defensible Policies"

Cotkin & Collins *Legal Update - Special Edition*, October, 1993: "*Miranda* Revisited: The Civil and Criminal Ramifications of Violating a Suspect's Fifth Amendment Rights"

## LECTURES:

"Driving Under the Influence Enforcement Seminar for Peace Officers" - numerous dates and locations in Los Angeles County, 1984 - 1989

"Trial Preparation and Tactics for Municipal Court Deputies" - numerous dates and locations as part of Los Angeles County District Attorney's Office In-Service Training Program, 1986 - 1988

"Effective Cross-Examination of the D.U.I. Defendant" - L. A. County District Attorney's Saturday Seminar M.C.L.E. Program, 1987

"Civil Liability Related to Police K-9 Deployment" - Riverside County Sheriff's Academy Advanced Officer's Training Program, March 10 and Nov. 17, 1993; April 27, 1994

"Riot and Crowd Control - Civil and Criminal Liability for Peace Officers" - Orange County Sheriff's Academy Advanced Training for Supervisors and Managers, September 29, 1993

"Defensive Tactics: Minimizing Exposure to Civil Liability in Use of Force Cases" - El Monte Police Department A.O.T., May 2, 3, 6, and 20, 1994

"Constitutional Implications if the Use of Police K-9's" - Guest Lecturer, Southwestern University School of Law, June 30, 1994

"Moral and Legal Aspects of the Use of Deadly Force" - Orange County Marshal's Office A.O.T., September 10 and 17, 1994; October 19 and 25, 1994; and July 11, 1995

"Effective Report Writing and Preparation for Deposition or Trial Testimony" - Long Beach Police Department A.O.T. Program for Field Training Officers, October 19 and 25, 1994; November 2 and 9, 1994

"Civil Liability Awareness and Legal Update for Peace Officers" - 8 hour A.O.T. Course Designed for and Presented to El Monte Police Department, Nov. 14 and 29, 1994

"Civil Liability Awareness for Police Supervisors and Managers" - Sacramento County Sheriff's Academy, July 17, 1995

Lecturer and Panel Participant for Annual M.C.L.E. Seminar, and presenter of Brown Bag Lunch lectures related to "police misconduct litigation" presented by Bay Area PoliceWatch, 1997-1999

"Introduction to Civil Liability Awareness" - presented to newly appointed Sacramento Police Department police academy graduates, 2004-2005

Staff Instructor for California Specialized Training Institute's Officer Safety and Field Tactics Course - Lecture on Civil Liability Aspects of Police Uses of Force, 2006-Present

### PRIOR POLICE PRACTICES EXPERT WITNESS TESTIMONY:

None.