**Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
LAW OFFICES OF TIM A. PORI
877 Bryant Street, Suite 210
San Francisco, CA 94103
Telephone: (415) 495-4800
Facsimile: (415) 552-2163

Attorneys for Plaintiff LUZ HERNANDEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ, | Case No. 09-2782 EDL |
| Plaintiff | **PLAINTIFF'S NOTICE OF MOTIONS IN LIMINE, NUMBERS 1-7** |
| vs. | |
| CITY OF NAPA, a municipal corporation; OFFICER GARTH BENDER, individually and in his capacity as a police officer for the CITY OF NAPA; DONALD GREEN, individually and acting as a co-conspirator in conjunction with Defendant Police Officers for the CITY OF NAPA, JOHN HALLMAN, individually and in his capacity as a Deputy Sheriff for the COUNTY OF NAPA, and DOES 1 - 30, | Date:  April 13, 2012
Time:  10:00 a.m.
Courtroom E, 15th Floor
Magistrate Judge Elizabeth D. Laporte
TRIAL DATE:  June 4, 2012 |
| Defendants. | |
| _____/ | |

Case No. 09-2782 EDL **-** Plaintiff's Notice of Motions in Limine, Numbers 1-7     1

Plaintiff LUZ HERNANDEZ hereby submits her list of Motions in Limine, Numbers 1-7.

1. Motion in Limine to Exclude Evidence, Comment or Argument Concerning Worker's Compensation or Other Collateral Source Payments to Plaintiff;

2. Motion in Limine to Exclude Evidence, Comment or Argument Concerning Plaintiff's Subsequent Police Contacts, or Other Calls for Service to Her Home for Domestic Violence;

3. Motion in Limine to Exclude Evidence, Comment or Argument of Opinions Not Expressed in Defendant Hallman's Rule 26 Expert Report or Defendant Bender's Rule 26 Expert Report, to Exclude Improper Legal Opinion Evidence Based upon Legal Conclusions, and Lay and Expert Opinion Regarding the Veracity of Another Witness or the Propriety of this Court's Previous Rulings;

4. Motion in Limine to Exclude Evidence, Comment or Argument of Unreliable Hearsay and Speculation Underlying Defendant Bender's Expert Sara J. Polfiet M.D.'s Opinions Before the Trier of Fact for the Truth of the Matter Asserted;

5. Motion in Limine to Exclude Any Officer's Speculation About Potential Threats or Subjective Beliefs about the Possibilities of a Threat;

6. Motion in Limine to Exclude Defendants' Undisclosed Witnesses; and

7. Motion in Limine to Prevent Defendants' Evidence or Argument That Co-defendant Green Was a Security Guard.

Dated: March 23, 2012

Respectfully submitted,
LAW OFFICES OF TIM A. PORI

/s/ Tim A. Pori
TIM A. PORI
JOHN F. BAUMGARDNER
Attorneys for Plaintiff
LUZ HERNANDEZ