**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ HERNANDEZ, | No. C -09-02782 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF NAPA, et al., | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish morning refreshments to be delivered no later than 8:00 a.m. for the eight (8) members of the jury in the above-entitled matter beginning **Tuesday, June 5, 2012,** for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom D from June 5th through June 15th, then Courtroom E from June 18th going forward, both courtrooms are located on the 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: May 30, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge