**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: **09-02782 EDL**        Case Name:   **LUZ HERNANDEZ v. CITY OF NAPA, ET AL.**

**TRIAL LOG SHEET**

| **JUDGE**<br>Elizabeth D. Laporte | **PLAINTIFF ATTORNEY:**<br>Timothy Pori & John Baumgardner | **DEFENSE ATTORNEY**:<br>Gregory Fox, Meaghan Snyder, Kevin Gilbert |
|---|---|---|
| **TRIAL DATE:**<br>June 7, 2012 | **REPORTER(S):**<br>Debra Pas | **CLERK**:<br>Kristen Seib |

| JOINT NO. | DATE/TIME OFFERED | ID | EV | DESCRIPTION | BY |
|---|---|---|---|---|---|
|  | 8:48 a.m. |  |  | Court resumes with Court and Counsel outside the presence of the jury regarding stipulations and a scheduling of witnesses update. |  |
|  | 8:58 a.m. |  |  | The jury enters the courtroom. Testimony of Luz Hernandez continues with direct examination by attorney Pori. |  |
| 51 |  | X |  | Spreadsheet of L. Hernandez wage loss from 4/2008- 3/2011, 3 page document. | PLTF |
| 52 |  | X |  | Spreadsheet of wage loss from 5/2008- 2/2010, 1 page document. | PLTF |
|  | 9:07 a.m. |  |  | Ms. Hernandez is temporarily excused. Plaintiff calls Officer Garth Bender as a witness. Direct examination by attorney Pori. |  |
| 45 |  | X |  | City of Napa beat map with Officer Bender's markings. | PLTF |
|  | 10:27 a.m. |  |  | Morning break. |  |
|  | 10:44 a.m. |  |  | Court resumes with continued direct examination of Officer Bender by attorney Pori. |  |
| 6 |  | X |  |  | PLTF |
| 26 |  | X |  |  | PLTF |
|  | 11:58 a.m. |  |  | Lunch break. |  |
|  | 12:51 p.m. |  |  | Court resumes with continued direct examination of Officer Bender by attorney Pori. |  |
|  | 2:10 p.m. |  |  | Afternoon break. |  |
|  | 2:29 p.m. |  |  | Court and Counsel confer outside the presence of the jury regarding juror questions 5-7. |  |
|  | 2:35 p.m. |  |  | Questions 5 and 6 are asked and answered by the Court and Officer Bender. Question 7 is reserved for a later time. |  |
|  | 2:37 p.m. |  |  | Officer Bender is temporarily excused. |  |
|  | 2:38 p.m. |  |  | The plaintiff calls Deputy John Hallman as a witness. Direct examination by attorney Pori. |  |

| | 3:29 p.m. | | | The jury retires for the evening. Court and Counsel meet outside the presence of the jury to discuss time usage. | |
| | 3:31 p.m. | | | Court is in recess for the evening and will resume on Friday, June 8, 2012, at 9:00 a.m. | |