# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: **09-02782 EDL**      Case Name:  **LUZ HERNANDEZ v. CITY OF NAPA, ET AL.**

### TRIAL LOG SHEET

| JUDGE | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Elizabeth D. Laporte | Timothy Pori & John Baumgardner | Gregory Fox, Meaghan Snyder, Kevin Gilbert |

| TRIAL DATE: | REPORTER(S): | CLERK: |
|---|---|---|
| June 8, 2012 | Debra Pas | Kristen Seib |

| JOINT NO. | DATE/TIME OFFERED | ID | EV | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 8:49 a.m. | | | Court and Counsel meet outside the presence of the jury regarding scheduling, reviewing a motion in limine, and argument regarding admission of a new exhibit. | |
| | 8:59 a.m. | | | The jury enters the courtroom and proceedings resume. The Plaintiff calls Lieutenant Roger Clark. Direct examination by attorney Pori. | |
| | 10:08 a.m. | | | Cross examination of Lt. Clark by attorney Fox. | |
| | 10:45 a.m. | | | Morning break. | |
| | 11:03 a.m. | | | Court and Counsel discuss juror question 8 and 9 outside the presence of the jury. | |
| | 11:05 a.m. | | | The jury enters the courtroom. Juror question 8 is asked and answered by the witness. | |
| | 11:07 a.m. | | | Juror question 9 is asked and answered by the witness. | |
| | 11:09 a.m. | | | Re-direct examination of Lt. Clark by attorney Pori. | |
| | 11:30 a.m. | | | Re-cross examination of Lt. Clark by attorney Fox. | |
| | 11:38 a.m. | | | Juror question 10 is presented to the Court. | |
| | 11:39 a.m. | | | Juror question 10 is asked of the witness and answered. | |
| | 11:41 a.m. | | | Juror question s 11 through 13 are presented to the Court. | |
| | 11:43 a.m. | | | Juror questions 11 through 13 are asked by the Court and answered by the witness. | |
| | 11:45 a.m. | | | Lt. Clark is excused. | |
| | 11:46 a.m. | | | Defendant calls Don Clark as a witness. Direct examination of Mr. Clark by attorney Fox. | |
| | 12:15 p.m. | | | Lunch break. | |
| | 1:09 p.m. | | | Court and Counsel meet outside the presence of the jury to discuss juror questions 14 through 20. | |

| | | | | | |
|---|---|---|---|---|---|
| | 1:10 p.m. | | | The jury enters the courtroom. Questions 14 through 19 are asked of the witness and answered. Direct examination by attorney Fox continues. | |
| | 1:56 p.m. | | | Direct examination of Mr. Cameron by attorney Gilbert. | |
| | 2:00 p.m. | | | Cross examination of Mr. Cameron by attorney Pori. | |
| 53 | | X | | California Penal Code book, 2008 Edition. | |
| | 2:46 p.m. | | | Afternoon break. | |
| | 3:08 p.m. | | | Juror question 21 is presented to the Court, is asked of the witness and answered. Cross examination of Mr. Cameron continues. | |
| | 3:17 p.m. | | | Mr. Cameron is excused. | |
| | 3:18 p.m. | | | Direct examination of Deputy Hallman continues with attorney Pori. | |
| | 3:59 p.m. | | | The jury retires for the evening. | |
| | 4:00 p.m. | | | The Court is on the record, outside the presence of the other jurors and Counsel, with juror 6 regarding a private mattter-unrelated to the trial. | |
| | 4:06 p.m. | | | The Court meets with Counsel, outside the presence of the jury and juror 6 to discuss the issue presented to the Court by juror 6. | |
| | 4:08 p.m. | | | Court is in recess for the weekend and will resume on Monday, June 11, 2012, at 9:00 a.m. | |