1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8

**United States District Court**
For the Northern District of California

9    LUZ HERNANDEZ,                              No. C 09-2782 EDL

10                Plaintiff,                      **ORDER TO PAY ADDITIONAL**
                                                 **ATTENDANCE FEE**
11       v.

12   THE CITY OF NAPA, *et al.*,

13                Defendants.
                                            /

14

15         In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than ten (10)

16   days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not

17   exceeding $10.00 more than the $40.00 attendance fee, for each day in excess of ten (10) days on

18   which the juror is required to hear such case.

19

20         Therefore, IT IS HEREBY ORDERED that each member of the jury hearing the above case

21   shall receive a total attendance fee of $50.00 per day for each day of service in excess of ten (10)

22   days.

23

24         **IT IS SO ORDERED.**

25

26   Dated: June 14, 2012

27                                              ELIZABETH D. LAPORTE
                                                United States Magistrate Judge
28