EXHIBIT A

# EXHIBIT A

1  GREGORY M. FOX, ESQ. (SBN 70876)
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, CA 94109
   Telephone  (415) 353-0999
4  Facsimile:   (415) 353-0990

5  MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
   DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
6  NAPA CITY ATTORNEY'S OFFICE (dcjones@cityofnapa.org)
   CITY OF NAPA
7  P.O. Box 660
   Napa, CA 94559
8  Telephone:  (707) 257-9516
   Facsimile:   (707) 257-9274

9  Attorneys for Defendants
   CITY OF NAPA, RICHARD MELTON, and CITY OF NAPA
10 GARTH GARTH BENDER

11                          UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13

14  LUZ HERNANDEZ,                          | Case No.:  C09-2782 EDL

15             Plaintiff,                    | **JOINT  PROPOSED SPECIAL VERDICT**
           vs.                               | **FORM**
16                                           | **Jury Trial Demanded]**
   CITY OF NAPA, et al.,
17                                           | Date:  April 13, 2012
           Defendants.                       | Time: 10:00 a.m.
18                                           | Courtroom E, 15th Floor
                                             | Magistrate Judge Elizabeth D. Laporte
19
20                                           | **TRIAL DATE: June 4, 2012**

21
         All parties propose the following special verdict form.
22

23 Dated: May 31, 2012              BERTRAND, FOX, & ELLIOT
24

25
                                  By:_____/s/_____
26                                     Gregory M. Fox, Esq.
                                       Attorney for City Defendants
27

28

                                      1

JOINT PROPOSED SPECIAL VERDICT FORM STATEMENT

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8  LUZ HERNANDEZ,

9              Plaintiff,
              vs.
10
11  CITY OF NAPA, et al.,

12           Defendants.

13

Case No.:   C09-2782 EDL

**SPECIAL VERDICT FORM**

_____

We the jury answer the questions submitted to us as follows:

**Question No. 1**

Did Garth Bender have probable cause to arrest plaintiff Luz Hernandez for assaulting Donald Green.

            Yes _____        No _____

If you answered "Yes", stop here, answer no further questions, and have the presiding juror sign and date this form below.

If you answered "No", please go on to Question No. 2

JOINT PROPOSED SPECIAL VERDICT FORM STATEMENT

**Question No. 2**

If you find Garth Bender did not have probable cause to arrest plaintiff Luz Hernandez, do you find that Garth Bender was justified by a reasonable belief that his actions were lawful?

Yes _____        No _____

If you answered "Yes", stop here, answer no further questions, and have the presiding juror sign and date this form below.

If you answered "No", please go on to Question No. 3.

**Question No. 3**

Was there either an agreement or a 'meeting of the minds' between Garth Bender and John Hallman to wrongfully arrest plaintiff Luz Hernandez?

Yes _____        No _____

If you answered "Yes", please go on to Question No. 4.

If you answered "No", then, for Garth Bender ONLY, please go on to Question No. 5.

**Question No. 4**

If you find that Garth Bender and John Hallman conspired to wrongfully arrest plaintiff Luz Hernandez, do you find that Garth Bender and John Hallman were justified by a reasonable belief that their actions were lawful?

Yes _____        No _____

3

JOINT PROPOSED SPECIAL VERDICT FORM STATEMENT

1    If you answered "Yes",  answer no further questions with regard to John Hallman, and please

2    go on to Questions No 5 for Garth Bender ONLY.

3    If you answered "No", for Garth Bender ONLY please go on to Question No. 5, AND for

4    John Hallman, please go on to Question No. 6.

5

6    **Question No.  5**

7    Do you find that Garth Bender intentionally inflicted emotional distress on plaintiff Luz

8    Hernandez?

9

10   Yes _____        No _____

11

12   Please go on to Question No.  6.

13

14   **Question No.  6**

15   What amount of damages has plaintiff Luz Hernandez suffered as a result of her arrest:

16   a. Economic loss, including lost earnings and medical expenses for the

17   period April 1, 2008 through April 1, 2011:                    $_____

18   b. Noneconomic loss, including physical pain and mental suffering, for the

19   period April 1, 2008 through April 1, 2011:                    $_____

20   TOTAL $_____

21

22   If you responded to YES to Question No. 3 and NO to Question No. 4, then please go on to

23   Question No. 7; otherwise, go to Question No. 8.

24

25

26

27

28

4

JOINT PROPOSED SPECIAL VERDICT FORM STATEMENT

**Question No. 7**

Indicate what percentage of plaintiff's total damage is attributable to:

Garth Bender:          _____%

John Hallman:          _____%

Total:          100 %

[The figures you enter should add up to 100 %].


Please go to Question No. 8.


**Question No. 8**

Do you find that Garth Bender's conduct in arresting plaintiff Luz Hernandez was malicious, oppressive or in reckless disregard of plaintiff Luz Hernandez' rights?


Yes _____          No _____


If you answered "No", stop here, answer no further questions, and have the presiding juror sign and date this form below.

If you answered "Yes", please go on to Question No. 9.


**Question No. 9**

What amount of punitive damages do you assess against Garth Bender?


$ _____


Please sign and date this form below and return it to the bailiff.

5

JOINT PROPOSED SPECIAL VERDICT FORM STATEMENT

1 DATED: _____   _____

2                JURY FOREPERSON

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT PROPOSED SPECIAL VERDICT FORM STATEMENT

EXHIBIT B

# EXHIBIT B

1  Gregory M. Fox, State Bar No. 070876
   Meaghan A. Snyder, State Bar No. 279392
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone: (415) 353-0999
   Facsimile: (415) 353-0990
5

6  Michael W. Barrett, City Attorney, State Bar No. 155968
   David C. Jones, Deputy City Attorney, State Bar No. 129881
7  NAPA CITY ATTORNEY'S OFFICE
   CITY OF NAPA
8  P.O. Box 660
   955 School Street
9  Napa, CA  94559
   Telephone:  (707) 257-9516
10 Fax:  (707) 257-9274

11 Attorneys for Defendants
   CITY OF NAPA and OFFICER GARTH BENDER
12

13                 IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 LUZ HERNANDEZ,                        Case No. C09-02782 EDL

17        Plaintiff,                     **DECLARATION OF GREGORY M. FOX**

18 v.

19 CITY OF NAPA, et al.,

20        Defendants.

21

22 I, GREGORY M. FOX, declare as follows:

23        1.      I am an attorney at law duly licensed to practice law before the courts in the State of

24 California, and am an attorney at the law firm of Bertrand, Fox & Elliot, attorneys of record for

25 defendant Garth Bender in the above-captioned matter.  I was lead trial counsel for defendant Garth

26 Bender and I participated in all aspects of trial.  As such, I have personal knowledge of each fact stated in

27 this declaration.

28        2.      After the jury was discharged, in open court and with all parties present for the

                                            1
                          DECLARATION OF GREGORY M. FOX

1  discussions, the jurors discussed their findings.  Seven of the eight jurors decided that Officer Bender had

2  probable cause to arrest plaintiff Luz Hernandez on the first day of deliberations.  These seven jurors

3  tried for three days to convince the sole remaining juror, but they were unable to persuade him.

4          3.          I have read the foregoing and know the contents thereof.  I declare under penalty of

5  perjury, under the laws of the State of California, that the foregoing is true and correct.

6

7  Executed this 17th day of July 2012 at San Francisco, California

8

9                                                            _____/s/_____

10                                                           Gregory M. Fox

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DECLARATION OF GREGORY M. FOX